In The United States District Court For The Central District Of Illinois

Dorothy Jean Martin

v.s

Fiserv, Inc.

Case No 3:25-cv-03137-CRL-DJQ

Memorandum In Support of my motion: Written Opposition To The motion To Dismiss.

Rule 41: Dismissal of Actions (b) Involuntary Dismissal

I have made a copy of Rule 41. This is written after I had filed my motion: Written Opposition to the motion to Dismiss. I did so because I needed more time to grasp the severity of the imminent danger that Telecheck Inc. has placed my identification and banking account information in.

The danger is so severe, simply because of the type of company that Telecheck is. According to the report from the Consumer Financial Protection Bureau, Telecheck Services, Inc. assists retailers, and financial institution, and other businesses in reducing fraud and other risks associated with accepting payments and opening accounts using check writing and other checking account related information; see Exhibit I. I have provided copies of my

page 1 of 4

checks 1002, and 1003. They are over the counter checks from the Security Bank. Both of the checks were previously used in my Amended Small Claims complaint. This is why they are numbered as Document #1 and Document #2. I copied the checks and the decline notice from Telecheck.

In my Amended Small Claims complaint, my main focus was on the consumer credit reporting aspect of Telecheck's business, Telecheck File Report; see Doc. #4. Because I was afraid, Telecheck, had violated the Uniform Commercial Code: 4A-403(a) Fund Transfer and the FRCA: 602 (a)(1)... unfair credit reporting methods. and 602 (a)(4)... The consumer's right to privacy; see Exhibit II and 616 Civil Liability For Willful noncompliance see Doc # 5. A synopsis of what Telecheck did is this. They declined my checks because I never established any credit with them. Thereafter, Telecheck violated the 4A-403(a) Fund transfer law. Because once they knew, they were not going to send the information on my checks to my bank to be processed. They had no legal right to send my banking information to their own company, Telecheck File Report. Afterwards, and without my knowledge and consent, Telecheck, developed a file on me. Using the banking information and the decline notice from Telecheck.

Telecheck, their violated the F C R A.

602 (a)(1)... unfair credit reporting methods

603 (a)(4) There is a need to insure that consumer reporting agencies exercise their grave responsibilities fairness, impartiality, and a respect for the consumer's Right to Privacy. See Exhibit II. They publicized my personal and private ID and banking information in their consumer credit File Report; see Doc. # 8 pages 3 and 4. and everywhere their file report is circulated, so is my once private and personal information

616 civil liability for willful noncompliance. See Doc. # 5. Telecheck, according to the CFPB, Telecheck also assist retailers, financial institutions, and other businesses in reducing fraud and other risks associated with accepting payments and opening accounts using check writing and other checking accounts related information; see Exhibit I

Therefore how does Telecheck engage in the illegal violations of; and the subverting of the congressional statutes. That were passed by the federal government banking regulatory organizations; in my case?. Telecheck's actions in my case are so malicious and egregious because they deliberately and willfully placed my ID and banking information in their consumer credit file report. Without my knowledge and without my consent; knowing the imminent danger that they were placing my information in.

Because of Telecheck's willful, exponentially brazen affront and subverting of the congressional statutory laws regarding banking. and their willful and deliberate exposing my banking information to the public. and placing it in imminent danger. This is why I am suing their owner FISERV Inc. For the increased maximum civil penalty of $4,367 per violation. Since in my case there were two violations. I am suing FISERV Inc. for 8,734.00. Please see Doc. NO: 6 at the bottom of the page; see the footnote "9" for the FTC increase amount.

## Evidentiary Documents

1. Amended Small Claims Complaint - 6 pages
2. C.F.P.B report on Telecheck - Exhibit I
3. Copy of check 1002 and Telecheck's decline notice - Document #1
4. Copy of check 1003 and Telecheck's decline notice - Document #2
5. FCRA 602 (a)(1) see Exhibit IV
   FCRA 602 (a)(4) see Exhibit IV
6. FRCA 616 Civil Liability see Doc. #5
7. FRCA increase in FTC penalty - footnote #9 at the bottom of the page Doc. NO: 6
8. Telecheck File Report see Doc. #9

Dorothy Jean Martin
825 W. Jefferson St
apt 410
Springfield Il 62702

Case # 3:25-CV-03137

page 4 of 4