**TeleCheck**

January 07, 2025

*case NO 3:25-cv-03137* (handwritten)

| | IMPORTANT NOTICE: |
|---|---|
| | REFER TO TRACKING NUMBER |
| | 00603541 |
| | IN ALL FUTURE CORRESPONDENCE |

Dorothy Martin
825 W Jefferson St Apt 410
Springfield IL 62702

RE: Consumer Request for TeleCheck File Report

SEE BACK AND/OR ADDITIONAL PAGES FOR IMPORTANT INFORMATION

Dear Dorothy Martin,

As per your request please find enclosed your TeleCheck File Report.

*If you have any additional questions:* Please contact the Consumer Call Center at (800) 366-2425 Monday - Friday 8:00 a.m. to 5:00 p.m. ET.

ALL RETURN CORRESPONDENCE MUST REFERENCE THE TRACKING NUMBER ABOVE OR COPY OF PRIOR CORRESPONDENCE RECEIVED FROM TELECHECK MUST BE INCLUDED.

Sincerely,

TeleCheck
Consumer Resolution Services

Enclosure: TeleCheck File Report;Summary of Rights;List of Federal Agencies

010914V1INQ019

Page:1 of 4

3 Western Maryland Parkway, Hagerstown, MD 21740

Case No 3:25-cv-03137

Dcc #8

Page 2 of 4



**TeleCheck File Report**

Date:   January 03, 2025

Account Holder Information:

| Name | Address | | | BN1 | BN2 | DL/ID1/Other | DL/ID2/Other | SSN |
|---|---|---|---|---|---|---|---|---|
| Dorothy Martin | 825 W Jefferson St Apt 410, Springfield IL 62702 | | | *****0150 | | | | *****8947 |

Transaction Information: These are the parties that sought acceptance advice from TeleCheck in the last 12 months

| LINE_NO | | CURR_TIME | MERCHANT_NAME | BN1 | DL | ID2 | SSN | CHECK_NUM | | AMOUNT | TCK_RESPONSE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 12/06/2024 | WAL-MART NO. 1602 | ****0150 | | | | | 1002 | $129.06 | 3 - OTHER |
| | 2 | 12/06/2024 | WAL-MART NO. 1602 | ****0150 | | | | | 1002 | $129.06 | 3 - OTHER |
| | 3 | 12/06/2024 | WAL-MART NO. 1602 | ****0150 | | | | | 1002 | $129.06 | 3 - UV |
| | 4 | 12/27/2024 | WAL-MART NO. 1602 | ****0150 | | | | | 1003 | $74.10 | 3 - LH |
| | 5 | 12/27/2024 | WAL-MART NO. 1602 | ****0150 | | | | | 1003 | $74.10 | 3 - UV |

Additional Transaction Elements : The data in this section represents elements that TeleCheck received from Early Warning for use in evaluating some of your transactions. The Transaction Number correlates to the Transaction Section above.

Additional Transaction Elements : The data in this section represents elements that TeleCheck received from LexisNexis Risk Solutions Bureau LLC for use in evaluating some of your transactions. The Transaction Number correlates to the Transaction Section above.

Additional Inquiry Elements: The data in this section represents elements that TeleCheck provided to the merchant for inquiry transactions. The Transaction Number correlates to the Transaction Section above.

Enrollment in Merchant-Sponsored Loyalty Program: This non-debit transaction links your bank route and account numbers to your access device (e.g., plastic card, key fob, mobile app). The Transaction Number correlates to the Transaction Section above.

TRS Recovery Services Inquiry

Collections Information: Please call (800) 366-1048 for general collection information and payment options.

Financial Institution Reported Data:

Linked Debt: The following debts show as being associated with your identifiers in TeleCheck's authorization database.

If you have questions or have disputes of reported data, please contact TeleCheck

*Dee #8*

*Page 3 of 4*



**TeleCheck File Report**

Date: January 03, 2025

Transaction Information Legend:

Response*                                                                                                    Description

3 - LH          This account or ID has not built up sufficient history in our system to support approving this transaction.

3 - OTHER       Transaction was declined at the point of sale. Please call TeleCheck at 1-800-366-1435 for more information.

3 - UV          There has been a high level of recent activity

Additional Transaction Elements Legend:                          *Case No 3:25-cv-03137*

Additional Inquiry Elements Legend:

Additional Transaction Elements Lexis Nexis Legend:

\*\* Does not include all costs of collection, and applicable tax and interest, if any

\*\*\*May include a driver's license number, club membership id, email or phone number.

Note: The contents of your TeleCheck file are based upon information that you have provided and may be limited based upon that information.

If you have questions or have disputes of reported data, please contact TeleCheck at (800) 366-2425 Monday   Friday 8:00 a.m. to 5:00 p.m. ET or send your inquiries including your name and TeleCheck File request tracking number to:

TeleCheck Services, Inc., Attention: Consumer Resolution Services, P.O. Box 6806, Hagerstown, MD 21740-6806



Doe #4



TeleCheck File Report

Date:   January 03, 2025

Page 4 of 4

Note: This File Report identifies entities or persons that obtained a consumer report about you from TeleCheck during the preceding 12 months.
Note: Transactions including Driver License marked with ! indicates that DL was linked through your SSN.
Note: Transactions including Bank Number (BN) marked with !! indicates that BN was linked through your DL.
Note: Transactions including Bank Number (BN) marked with ! indicates that BN was linked through your SSN.

Case NO 3:25 - CV - 03137

If you have questions or have disputes of reported data, please contact T...
including your name and TeleCheck...

TeleCheck Services, Inc | Consumer Financial Protection Bureau     https://www.consumerfinance.gov/consumer-tools/credit-reports-and...

*25 SC 000 282*

*25-3137*

Check and bank account screening (cfpb.gov/consumer-tools/credit-reports-an d-scores/consumer-reporting-companies/companies-list/?categories=check-ba nk-screening)

# TeleCheck Services, Inc

Assists retailers, financial institutions, and other businesses in reducing fraud and other risks associated with accepting payments and opening accounts using check writing and other checking account related information

TeleCheck is a wholly-owned subsidiary of Fiserv Inc.

**FILED**

MAY 19 2025

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## Contact this company to request your report

- This company will provide one free report every 12 months if you request it.
- Requesting copies of your own consumer reports does not hurt your credit scores (cfp b.gov/askcfpb/1229).
- For companies required to provide the information in your report for free annually upon request, they must do so within fifteen days of receiving your request.

| Website | Phone number | Mailing address |
|---|---|---|
| getassistance.telecheck.com ☐ (https://getassist ance.telecheck.com/consumer-file-report.html) | (800) 366-2425 | TeleCheck Services, Inc. Attention: Consumer Resolution Services P. O. Box 6806 Hagerstown, MD 21741-6806 |

*Legal name    Exhibit I*

## How to use this report

*25 SC 00 282*

*Exhibits II*

# § 4A-403. PAYMENT BY SENDER TO RECEIVING BANK.

(a) Payment of the sender's obligation under Section 4A-402 to pay the receiving bank occurs as follows:

(1) If the sender is a bank , payment occurs when the receiving bank receives final settlement of the obligation through a Federal Reserve Bank or through a funds-transfer system .

(2) If the sender is a bank and the sender (i) credited an account of the receiving bank with the sender, or (ii) caused an account of the receiving bank in another bank to be credited, payment occurs when the credit is withdrawn or, if not withdrawn, at midnight of the day on which the credit is withdrawable and the receiving bank learns of that fact.

(3) If the receiving bank debits an account of the sender with the receiving bank, payment occurs when the debit is made to the extent the debit is covered by a withdrawable credit balance in the account.

(b) If the sender and receiving bank are members of a funds-transfer system that nets obligations multilaterally among participants, the receiving bank receives final settlement when settlement is complete in accordance with the rules of the system. The obligation of the sender to pay the amount of a payment order transmitted through the funds-transfer system may be satisfied, to the extent permitted by the rules of the system, by setting off and applying against the sender's obligation the right of the sender to receive payment from the receiving bank of the amount of any other payment order transmitted to the sender by the receiving bank through the funds-transfer system. The aggregate balance of obligations owed by each sender to each receiving bank in the funds-transfer system may be satisfied, to the extent permitted by the rules of the system, by setting off and applying against that balance the aggregate balance of obligations owed to the sender by other members of the system. The aggregate balance is determined after the right of setoff stated in the second sentence of this subsection has been exercised.

(c) If two banks transmit payment orders to each other under an agreement that settlement of the obligations of each bank to the other under Section 4A-402 will be made at the end of the day or other period, the total amount owed with respect to all orders transmitted by one bank shall be set off against the total amount owed with respect to all orders transmitted by the other bank. To the extent of the setoff, each bank has made payment to the other.

(d) In a case not covered by subsection (a), the time when payment of the sender's obligation under Section 4A-402(b) or 4A-402(c) occurs is governed by applicable principles of law that determine when an obligation is satisfied.

‹ § 4A-402. OBLIGATION OF SENDER TO PAY RECEIVING BANK. Up § 4A-404. OBLIGATION OF BENEFICIARY's BANK TO PAY AND GIVE NOTICE TO BENEFICIARY. ›

CK. NO. **FILED**

APR 1 6 2025

9

*Joseph B. Rosol* Clerk of the Circuit Court

✱ 1002

← Telecheck
Decline note!

To see legible
Telecheck decline
note; see document
No: 2

HECK DECLINED
.#01602 0P#0J7558 TE#02 1    :60'

AB  #  .452
CW  'T ' :  5150
# 1002
ASON: 2

SS/ERROR - RETRY

E TO PROCESS YOUR CHECK
RTING ACT GIVES YOU
4941 IS IN YOUR CHECK TR
NSACTIONS FILE , TELECHECK.
YOU HAVE THE RIGHT TO A FREE COPY OF YOUR
FILE  : ELECHECK IF Y   EQUEST IT WITH
IN 60 .      YOU FIND  E INFORMATION IN
LE '    IS INACCURATE, YOU HAV   RIGHT
DISPUTE IT WITH TELECHECK. YOU CAN CONT
ACT TELECHECK AT THE PHONE NUMBER ABOVE, U
R  .O.    .513, HOUSTON, TEXAS 77210-4513

ELECHECK DID NOT MAKE THE DECISION TO TAK
AN  VERSE ACT  N AND IS UNABLE TO PROVI
DE YOU  TH PECI  C REASON(S) WHY AN ADVE
E ACTION WAS TAKEN

---

**DOROTHY JEAN MARTIN**
825 W JEFFERSON ST
UNIT 410
SPRINGFIELD IL 62702

Keep

Void

70-734/2711    1002

DATE

PAY TO THE ORDER OF _____  $ _____

_____ DOLLARS

SECURITY BANK  510 East Monroe Springfield, Illinois 62701

VOID

FOR _____  VOID

⑆271173452⑆  162650150⑈ 1002

VOID —

Document # ✱ 1

25 SC 292

**Ck. No FILED**

☀ *1003*

APR 1 6 2025

*Joseph B. Rolock* Clerk o
Circuit (

*Telecheck*

*decline*

*note*

CHECK DECLINED
ST#01602 OP#007558 TE#05 (R#03793

ABA # *****3452
CK ACCT ****0150
CK # 1003
REASON: 2

1-800-697-9255/ERROR - RETRY

TELECHECK WAS UNABLE TO PROCESS YOUR CHECK
. THE FAIR CREDIT REPORTING ACT GIVES YOU
THE RIGHT TO KNOW WHAT IS IN YOUR CHECK TR
ANSACTIONS FILE AT TELECHECK.
YOU HAVE THE RIGHT TO A FREE COPY OF YOUR
FILE FROM TELECHECK IF YOU REQUEST IT WITH
IN 60 DAYS. IF YOU FIND THE INFORMATION IN
 THE FILE IS INACCURATE, YOU HAVE A RIGHT
TO DISPUTE IT WITH TELECHECK. YOU CAN CONT
ACT TELECHECK AT THE PHONE NUMBER ABOVE, O
R P.O. BOX 4513, HOUSTON, TEXAS 77210-4513

TELECHECK DID NOT MAKE THE DECISION TO TAK
E AN ADVERSE ACTION AND IS UNABLE TO PROVI
DE YOU WITH SPECIFIC REASON(S) WHY AN ADVE
RSE ACTION WAS TAKEN.

**DOROTHY JEAN MARTIN**
825 W JEFFERSON ST
UNIT 410
SPRINGFIELD IL 62702

70-7345/2711    **1003**

DATE

$

PAY TO THE ORDER OF

DOLLARS

**SECURITY BANK** 510 East Monroe
Springfield, Illinois 62701

*25 SC 242*

FOR

⑆271173452⑆    1626501501⑈ 1003

*Document # 2*



FILED
MAY 19 2025
Joseph B. Owen   34
Clerk of the
Circuit Court

## § 601.   Short title

This title may be cited as the "Fair Credit Reporting Act."

## § 602.   Congressional findings and statement of purpose [15 U.S.C. § 1681]

(a)   *Accuracy and fairness of credit reporting.* The Congress makes the following findings:



   (1)   The banking system is dependent upon fair and accurate credit reporting. Inaccurate credit reports directly impair the efficiency of the banking system, and unfair credit reporting methods undermine the public confidence which is essential to the continued functioning of the banking system.

   (2)   An elaborate mechanism has been developed for investigating and evaluating the credit worthiness, credit standing, credit capacity, character, and general reputation of consumers.

   (3)   Consumer reporting agencies have assumed a vital role in assembling and evaluating consumer credit and other information on consumers.



   (4)   There is a need to insure that consumer reporting agencies exercise their grave responsibilities with fairness, impartiality, and a respect for the consumer's right to privacy.

(b)   *Reasonable procedures.* It is the purpose of this title to require that consumer reporting agencies adopt reasonable procedures for meeting the needs of commerce for consumer credit, personnel, insurance, and other information in a manner which is fair and equitable to the consumer, with regard to the confidentiality, accuracy, relevancy, and proper utilization of such information in accordance with the requirements of this title.

## § 603.   Definitions; rules of construction [15 U.S.C. § 1681a]

(a)   Definitions and rules of construction set forth in this section are applicable for the purposes of this title.

(b)   The term "person" means any individual, partnership, corporation, trust, estate, cooperative, association, government or governmental subdivision or agency, or other entity.

(c)   The term "consumer" means an individual.

(d)   Consumer Report

   (1)   *In general.* The term "consumer report" means any written, oral, or other communication of any information by a consumer reporting agency bearing on a consumer's credit worthiness, credit standing,

1

**FILED**

MAY 19 2025

34

_Joseph B. Poesl_  Clerk of the
Circuit Court

25 SC 000882

~~Exhibit V~~

an adlenkim To the "amended"
small claims compliant: I have
added a copy of the Uniform Commercial Code:
HA-403; Payment by sender to receiving
bank; see Exhibit II

(b) a partial quote: "if the sender and receiving
bank are members of a fund transfer system
that nets obligations multilaterally among
participants..."

**Questions**

Is Telecheck Services, Inc.; or its owner
Fisers Inc. a member of the banking fund
transfer system?? I need to see your
proof of membership to the banking fund transfer
system. See Exhibit II (b)

I have also added a copy of the Fair credit
Reporting Act: 15 USC §1681 page 1 ~~See Exhibit V~~

602: Congressional Findings and statement of
   Purposes; (a). accuracy and fairness
of credit Reporting

(1) Third line down; a partical quote:

page 1 093



(A)  *No civil actions.* Sections 616 and 617 shall not apply to any failure by any person to comply with this section.

(B)  *Administrative enforcement.* This section shall be enforced exclusively under section 621 by the Federal agencies and officials identified in that section.

## § 616.  Civil liability for willful noncompliance [15 U.S.C. § 1681n]

(a)  *In general.* Any person who willfully fails to comply with any requirement imposed under this title with respect to any consumer is liable to that consumer in an amount equal to the sum of

(1)  (A)  any actual damages sustained by the consumer as a result of the failure or damages of not less than $100 and not more than $1,000; or

(B)  in the case of liability of a natural person for obtaining a consumer report under false pretenses or knowingly without a permissible purpose, actual damages sustained by the consumer as a result of the failure or $1,000, whichever is greater;

(2)  such amount of punitive damages as the court may allow; and

(3)  in the case of any successful action to enforce any liability under this section, the costs of the action together with reasonable attorney's fees as determined by the court.

(b)  *Civil liability for knowing noncompliance.* Any person who obtains a consumer report from a consumer reporting agency under false pretenses or knowingly without a permissible purpose shall be liable to the consumer reporting agency for actual damages sustained by the consumer reporting agency or $1,000, whichever is greater.

(c)  *Attorney's fees.* Upon a finding by the court that an unsuccessful pleading, motion, or other paper filed in connection with an action under this section was filed in bad faith or for purposes of harassment, the court shall award to the prevailing party attorney's fees reasonable in relation to the work expended in responding to the pleading, motion, or other paper.

(d)  *Clarification of willful noncompliance.* For the purposes of this section, any person who printed an expiration date on any receipt provided to a consumer cardholder at a point of sale or transaction between December 4, 2004, and the date of the enactment of this subsection but otherwise complied with the requirements of section 605(g) for such receipt shall not

"The Fair Credit Reporting act
case NO 3:25-CV-03137

title. In such action, such person shall be liable for a civil penalty of not more than $2,500 per violation.[9]

(B)  *Determining Penalty Amount*. In determining the amount of a civil penalty under subparagraph (A), the court shall take into account the degree of culpability, any history of such prior conduct, ability to pay, effect on ability to continue to do business, and such other matters as justice may require.

(C)  *Limitation*. Notwithstanding paragraph (2), a court may not impose any civil penalty on a person for a violation of section 623(a)(1), unless the person has been enjoined from committing the violation, or ordered not to commit the violation, in an action or proceeding brought by or on behalf of the Federal Trade Commission, and has violated the injunction or order, and the court may not impose any civil penalty for any violation occurring before the date of the violation of the injunction or order.

(b)  Enforcement by Other Agencies.

(1)  *In General*. Subject to subtitle B of the Consumer Financial Protection Act of 2010, compliance with the requirements imposed under this title with respect to consumer reporting agencies, persons who use consumer reports from such agencies, persons who furnish information to such agencies, and users of information that are subject to section 615(d) shall be enforced under –

(A)  section 8 of the Federal Deposit Insurance Act (12 U.S.C. 1818), by the appropriate Federal banking agency, as defined in section 3(q) of the Federal Deposit Insurance Act (12 U.S.C. 1813(q)), with respect to –

(i)  any national bank or State savings association, and any Federal branch or Federal agency of a foreign bank;

(ii)  any member bank of the Federal Reserve System (other than a national bank), a branch or agency of a foreign bank (other than a Federal branch, Federal agency, or insured State branch of a foreign bank), a commercial lending company owned or controlled by a foreign bank, and any organization operating under section 25 or 25A of the Federal Reserve Act; and

---

9  Pursuant to the Federal Civil Penalties Inflation Adjustment Act Improvements Act of 2015, the Federal Trade Commission increased the maximum civil penalty to $4,367 per violation. See 87 Fed. Reg. 1070 (Jan 10, 2022).