FILED

AUG 1 5 2025

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

E-FILED
Wednesday, 13 August, 2025  02:38:03 PM
Clerk, U.S. District Court, ILCD

United States District Court

For The

Central District Of Illinois

Dorothy Jean Martin

Plaintiff

VS

Fiserv Inc.

Defendant

Case number 3:25-
CV-03137-CRL-DJQ

motion:

To Change the number of pages on docket #10, from 4 pages to 5 pages. And to make some changes on the 4th page of docket #10. They are minor changes, about Telecheck's violation of the Fair Credit Reporting Act and the Uniform Commercial Code: Fund Transfer. At the time, my accounts were at the Security Bank. Therefore I submitted their criterion that they use in their Fund Transfer transaction; see Doc. #7, page 1, identifies the bank. And Page 2, see ACH and Wire, for the 4A-403(a) Fund Transfer, pages 1 and 2. This states The Security Bank's Criterion. I am also asking the court to allow me to add Doc. #7. I am also asking the court to allow me to add Exhibit II: The Uniform Commercial Code: 4A-403(b) Payment By Sender To Receiving Bank, To docket #10. It states that only members are allowed to engage in the Fund Transfer system. This is why I need the 5th page. In order to add these additional documents to docket #10. I will also explain why I changed the way I identified my

Page 1 of 6

documents. On July 8, 2025, I had spoken to Kate about my evidentiary (proof) documents. Although I had stapled them to Docket #10: memorandum In Support of my motion #9: Written opposition To the motion to dismiss. She had some trouble finding them. And one was missing; the Fair Credit Reporting Act: 616 Civil Liability For Willful noncompliance. my evidentiary (proof) documents consisted of the following:

1. Amended Small Claims Complaint which has 6 pages. But I did not include any proof documents.

2. The Consumer Financial Protection Bureau leaflet; see Exhibit I. It help to explain Telecheck.

3. Copy of Check 1002 and Telecheck's decline notice It is identify as Document #1.

4. Copy of Check 1003 and Telecheck's decline notice. It is identified as Document #2

5. Fair credit Reporting Act: 602 (a)(1). It is identified as Exhibit V. And also. Fair credit Reporting Act: 602 (a)(4) Both are on the same page.

6. Fair credit Reporting Act: 616 Civil Liability For Willful noncompliance. It is identify as Document #5

7. Fair credit Reporting Act: Increase in Federal Trade Commission penalty: footnote "9" at the

bottom of the page. This is identified as Document # 6.

8. Telecheck's File Report. This is identified as Document # 8. It has 4 pages. It also serves as a Consumer Credit report; T on pages 2 & 3.

9. Motion made to Court, to add the Uniform commercial code: 4A-403(b) Payment by Sender To Receiving Bank

Because of the confusion and misunderstanding that occurred. There is a dire need to keep in mind why there is all of this consternation; over the way that I identified my evidentiary (proof) documents. When I changed to using the word: (Exhibit) and Roman numbers. You need to know that I originally filed my lawsuit on Feb. 3, 2025, in the Sangamon county circuit court. And my Amendment Small claims complaint, was filed in the same court, on march 24, 2025. Which does not have the same stringent, regimentation and stipulations that are required in the District court. And because I do not have any legal training. Your dockets are esoteric legalism jargon to me, a layperson. And there are no pro se Guides for the layperson. And none of the legal aid organizations; takes cases in the District court.

As you know, my case was removed from the Sangamon county circuit court, on may 14, 2025. This was done Ex Parte. I knew nothing, until I went to court on may 19, 2025, when the judge signed the Order. I was blindsided, completely dumb-founded. Although the Defendant signed a certificate of Service, stating the following: " I certify that I have this day served the foregoing by depositing a copy of same in the United States mail from 150 N. Riverside plaza, Suite 3000, chicago, Illinois, postage prepaid, before the hour of 5:00 p.m on may 14, 2025, addressed as follows:

Dorothy Jean martin
825 W. Jefferson Street, Apt. 410
Springfield, Il. 62702.

my point is, I was not served on may 14, 2025, just because he, or someone deposited it in the mail on may 14, 2025.

This was a shock to me. It was like being dropped in a legal wilderness. With nothing, no legal help, no guide for Pro Se litigants. I can not afford an attorney. and my motion for an attorney was denied. Since I do not have any legal training. This legal wilderness has many sink holes, cliffs, turns and rough terrain. and another reason for this consternation. Is that

Telecheck is composed of two completely different entities: Telecheck File Report is one of the entities. see Document 8, it has four pages, It is a consumer credit reporting agency; see Pages 2 and 3. It has my name address and my banking information and their reasons for declined my checks. This is why this why my Small Claims complaint dealt mostly with the Fair Credit Reporting Acts that were violated. As well as the Uniform commercial code acts which were also violated. These violations were addressed and supported by my evidentiary documents. Which I identified as: Documents 1 through 9. And I thought I had finished my Small Claims complaint. But when I spoke to the attorney for Fiser Inc. He asked questions that I had to answer. This is why and when Telecheck's second entity: Telecheck Services, Inc., which is a Check guarantee company. See the leaflet from the C.F.P.B. It is identified as Exhibit I. This is where Fiserv Inc, is listed as Exhibit I. the owner of Telecheck Services, Inc. and the Sangamon County circuit court, that the "legal owner" name be listed, mandates Small Claims complaint. As my proof, I have added a copy of: How to File and serve a Small Claims Complaint. I'll list as Exhibit II

"Page 5 of 6

# 3:25-CV-03137-CRL-DJQ

And as my proof that the Exhibit I was filed on may 7, 2025, in the Sangamon County circuit court, see court docket for Sangamon County circuit court. The may 7, 2025 date; Exhibit 3 filed. This is a block filing". I have listed this docket as Exhibit VII, it has 2 pages. But the District court did not have that information on may 19, 2025. That is why I filed that information again, at the District court. Because I had to add more supportive evidentiary (proof) documents. And in order to compensate for adding TeleCheck Services, Inc. and to merge and add continuity to my lawsuit. This is when I began to use the word "Exhibit" and Romans numbers. This did not pose any problems in the Sangamon County circuit court. I am the one who is H A R M E D by the removal of my case to the District court, not Fiserv Inc. In fact, I believe that I was railroaded to the District court. In order to have my case rejected or lost on some other grounds.

I hope this six page motion for changes to my #10 docket and to add ~~Doc #7~~ and Exhibit II in support of ~~Docket #10;~~ memorandum In Support Of Response To motion To Dismiss, maybe some sensibility from the consternation that "Ex Parte" imposed. Dorothy Jean martin, 825 W. Jefferson St apt 410 springfield Ill.

"Page 6 of 6"
# 3:25-cv-03137-CRL-DJQ

## Security Bank

| | | | |
|---|---|---|---|
| Account Activity Printout | | No Charge | |
| Account Balancing - | Per Hour | $ | 25.00 |
| Account Research Fees | Per Hour | $ | 25.00 |
| Buisness Online Banking Fee | | $ | 35.00 |
| ACH Origination | Per Item | $ | 0.10 |
| | | | |
| Cashier Checks | | $ | 5.00 |
| Check Cashing for Non-Customers | | $ | 8.00 |
| On-us Checks Only | | | |

**Check Printing**

| | | | | |
|---|---|---|---|---|
| | Personal | 20 | $ | 6.00 |
| | Business | 15 | $ | 6.00 |
| Deposit Slips | | 20 | $ | |
| | Personal | 15 | $ | 6.00 |
| | Business | | | 6.00 |

| | | | |
|---|---|---|---|
| Close Account within 6 months of opening | | $ | 20.00 |
| Reopen Account | | $ | 10.00 |
| | | | |
| Check Collections | | | |
| Domestic - Incoming/Outgoing | | $ | 20.00 |
| Foreign | | $ | 30.00 |
| | | | |
| Coin Counting | | No Charge | |
| | | | |
| Debit Card Replacement Fee | | $ | 10.00 |
| Debit Card Rush Order Fee | | $ | 90.00 |
| | | | |
| Dormant Account Fees | | | |
| Monthly after 12 months Checking | | $ | 5.00 |
| Monthly after 36 months Savings | | $ | 5.00 |
| | | | |
| Escheat/Abandoned Funds | | | |
| Per Account/Check | | $ | 50.00 |

**Foreign Currency**

| | | | |
|---|---|---|---|
| | Sell | $ | 30.00 |
| | Purchase | $ | 30.00 |
| | | | |
| Legal Processing | | | |
| Garnishments, Levies, DACA, etc | | $ | 100.00 |
| | | | |
| Money Orders | | $ | 2.00 |
| | | | |
| Notary Services | | No Charge | |

| | | | |
|---|---|---|---|
| Online Banking | | No Charge | |
| Consumer/Business Bill Pay | | No Charge | |
| Overnight check payments | Per Payment | $ | 19.95 |
| SPIN (Person to Person) | Per Payment | No Charge | |
| Mobile Deposit | | No Charge | |
| | | | |
| Overdraft/NSF Related Fees | | | |
| Returned NSF Per Item fee | | $ | 30.00 |
| Paid NSF Per Item Fee | | $ | 30.00 |
| Continuous Overdraft Charge | | $ | 5.00 |
| Each business day after 5 business days | | | |
| | | | |
| Automatic Transfer Protection | Per Transfer | $ | 7.00 |
| | | | |
| Overnight Mailing Fee | | $ Shipping Rates | |
| Fedex/UPS/USPS | | | |
| | | | |
| Replacement Coupon Book | | $ | 5.00 |
| | | | |
| Returned Deposited Items | | $ | 5.00 |
| | | | |
| Safe Deposit Box Fees | | | |
| 5x5 | | $ | 27.00 |
| 3x10 | | $ | 30.00 |
| 5x10 | | $ | 50.00 |
| 10x10 | | $ | 100.00 |
| Box Drilling | | $ | 25.00 |
| Plus Actual Cost | | | |
| Late Fee | | $ | 5.00 |
| Over 30 calendar days late | | | |
| Lost Key | | $ | 7.00 |
| Plus Actual Cost | | | |
| | | | |
| Returned Mail | | $ | 2.00 |
| Hold Statements | Monthly | $ | 2.00 |
| | | | |
| Stale-Dated Uncashed Official Check Fees | | | |
| Stop Pay/Reissue/Deposit | | $ | 30.00 |
| | | | |
| Stop Payment Fees | | $ | 30.00 |
| | | | |
| Telephone Banking-CenterVoice | | No Charge | |
| | | | |
| Wire Transfer Fees | | | |
| Domestic Incoming | | $ | 15.00 |
| Domestic Outgoing | | $ | 30.00 |
| International Wire Fees | | | |
| Incoming | | $ | 50.00 |
| Outgoing | | $ | 50.00 |

*Re-presentment - Be aware that such an item or payment may be presented multiple times by the merchant or other payee until it is paid,k and that we do not control the number of times the merchant or other payee presents a transaction for payment

*An overdraft/NSF Fee applies to transactions created by: a check, an in-person withdrawal, an ACH transaction, an online or automatic bill payment, or other electronic transactions.

24-hour automated service (888) 821-7115

This schedule shows the fees Security Bank charges for banking services and is part of your Account Contract with Security Bank. You may also have to pay fees to service providers we refer you to for additional services. Security Bank may change, increase, or add to the fees shown in this schedule and will notify you as required in your Account Contract. Some fees may be waived, depending on account type. See your Account Disclosures for details. Additional fees apply for certain analyzed business account types. Those fees will be disclosed separately.

*Fee Schedule



*Doc # 7 Pg 2 of 2*

## (21) Unlawful Internet Gambling Notice

Restricted transactions as defined in Federal Reserve Regulation GG are prohibited from being processed through this account or relationship. Restricted transactions generally include, but are not limited to, those in which credit, electronic fund transfers, checks, or drafts are knowingly accepted by gambling businesses in connection with the participation by others in unlawful Internet gambling.

*Security Interest*

## (22) ACH and Wire Transfers          X  *article 4A - 403 (a)*

This agreement is subject to Article 4A of the Uniform Commercial Code - Fund Transfers as adopted in the state in which you have your account with us. If you originate a fund transfer and you identify by name and number a beneficiary financial institution, an intermediary financial institution or a beneficiary, we and every receiving or beneficiary financial institution may rely on the identifying number to make payment. We may rely on the number even if it identifies a financial institution, person or account other than the one named. You agree to be bound by automated clearing house association rules. These rules provide, among other things, that payments made to you, or originated by you, are provisional until final settlement is made through a Federal Reserve Bank or payment is otherwise made as provided in Article 4A-403(a) of the Uniform Commercial Code. If we do not receive such payment, we are entitled to a refund from you in the amount credited to your account and the party originating such payment will not be considered to have paid the amount so credited. Credit entries may be made by ACH. If we receive a payment order to credit an account you have with us by wire or ACH, we are not required to give you any notice of the payment order or credit.

## (23) International ACH Transactions

Financial institutions are required by law to scrutinize or verify any international ACH transaction (IAT) that they receive against the Specially Designated Nationals (SDN) list of the Office of Foreign Assets Control (OFAC). This action may, from time to time, cause us to temporarily suspend processing of an IAT and potentially affect the settlement and/or availability of such payments.

## (24) Facsimile Signatures

Unless you make advance arrangements with us, we have no obligation to honor facsimile signatures on your checks or other orders. If we do agree to honor items containing facsimile signatures, you authorize us, at any time, to charge you for all checks, drafts, or other orders, for the payment of money, that are drawn on us. You give us this authority regardless of by whom or by what means the facsimile signature(s) may have been affixed so long as they resemble the facsimile signature specimen filed with us, and contain the required number of signatures for this purpose. You must notify us at once if you suspect that your facsimile signature is being or has been misused.

## (25) Authorized Signer (Individual Accounts only)

A single individual is the owner. The Authorized Signer is merely designated to conduct transactions on the owner's behalf. The owner does not give up any rights to act on the account, and the Authorized Signer may not in any manner affect the rights of the owner or beneficiaries, if any, other than by withdrawing funds from the account. The owner is responsible for any transactions of the Authorized Signer. We undertake no obligation to monitor transactions to determine that they are on the owner's behalf. The owner may terminate the authorization at any time, and the authorization is automatically terminated by the death of the owner. However, we may continue to honor the transactions of the Authorized Signer until: (a) we have received written notice or have actual knowledge of the termination of authority, and (b) we have a reasonable opportunity to act on that notice or knowledge. We may refuse to accept an Authorized Signer.

*25 SC 282*

Terms and Conditions-IL
© 2023 Wolters Kluwer Financial Services, Inc.
All rights reserved.

*25 SC 00 282*

*Exhibit II*

LII > Uniform Commercial Code > **§ 4A-403. PAYMENT BY SENDER TO RECEIVING BANK.**

## § 4A-403. PAYMENT BY SENDER TO RECEIVING BANK.

(a) Payment of the sender's obligation under Section 4A-402 to pay the receiving bank occurs as follows:

(1) If the sender is a bank , payment occurs when the receiving bank receives final settlement of the obligation through a Federal Reserve Bank or through a funds-transfer system .

(2) If the sender is a bank and the sender (i) credited an account of the receiving bank with the sender, or (ii) caused an account of the receiving bank in another bank to be credited, payment occurs when the credit is withdrawn or, if not withdrawn, at midnight of the day on which the credit is withdrawable and the receiving bank learns of that fact.

(3) If the receiving bank debits an account of the sender with the receiving bank, payment occurs when the debit is made to the extent the debit is covered by a withdrawable credit balance in the account.

(b) If the sender and receiving bank are members of a funds-transfer system that nets obligations multilaterally among participants, the receiving bank receives final settlement when settlement is complete in accordance with the rules of the system. The obligation of the sender to pay the amount of a payment order transmitted through the funds-transfer system may be satisfied, to the extent permitted by the rules of the system, by setting off and applying against the sender's obligation the right of the sender to receive payment from the receiving bank of the amount of any other payment order transmitted to the sender by the receiving bank through the funds-transfer system. The aggregate balance of obligations owed by each sender to each receiving bank in the funds-transfer system may be satisfied, to the extent permitted by the rules of the system, by setting off and applying against that balance the aggregate balance of obligations owed to the sender by other members of the system. The aggregate balance is determined after the right of setoff stated in the second sentence of this subsection has been exercised.

(c) If two banks transmit payment orders to each other under an agreement that settlement of the obligations of each bank to the other under Section 4A-402 will be made at the end of the day or other period, the total amount owed with respect to all orders transmitted by one bank shall be set off against the total amount owed with respect to all orders transmitted by the other bank. To the extent of the setoff, each bank has made payment to the other.

(d) In a case not covered by subsection (a), the time when payment of the sender's obligation under Section 4A-402(b) or 4A-402(c) occurs is governed by applicable principles of law that determine when an obligation is satisfied.

‹ § 4A-402. OBLIGATION OF SENDER TO PAY RECEIVING BANK. Up § 4A-404. OBLIGATION OF BENEFICIARY's BANK TO PAY AND GIVE NOTICE TO BENEFICIARY. ›

This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts.    E-FILED
Forms are free at ilcourts.info/forms.    Tuesday, 03 June, 2025  04:00:30 PM
Clerk, U.S. District Court, ILCD

| STATE OF ILLINOIS, CIRCUIT COURT | *Amended* SMALL CLAIMS COMPLAINT | |
|---|---|---|
| *Sangamon* COUNTY | | For Court Use Only |

**Instructions ▼**

Directly above, enter the name of the county where you are filing the case.

Enter your name as Plaintiff.

Enter the names of all people or businesses you are suing as Defendants.

The Circuit Clerk will add a Case Number.

*Dorothy Jean Martin*
**Plaintiff** *(First, middle, last name)*

v.

**Defendants** *(First, middle, last name or business name):*

*FiSERV Inc.*

Case Number
*25 SC 0282*

**Jury Trial Request by Filing Separate Form.** If you want your case decided by a jury instead of a judge, you have to file a *Jury Request* form. Jury trials can sometimes be more complicated and an additional fee may be required.

In **1**, enter your name.

1.  I, *Dorothy Jean Martin* , am the Plaintiff.
    First, Middle, Last

In **2**, enter the name and address of each Defendant.

If you are suing more than 2 Defendants, use the *Additional Defendants (Small Claims Complaint)* form and attach it.

2.  Defendant's name and address is: *FiSERV Inc.*
    First, Middle, Last
    *600 N. VEL R. Phillips   Milwaukee WI*
    Street, Unit #          City          State    ZIP *53203*

    Defendant #2's name and address is: _____
    First, Middle, Last

    _____
    Street, Unit #          City          State    ZIP

    ☐ I have listed additional Defendants on the attached *Additional Defendants (Small Claims Complaint)* form.

In **3**, enter the amount of money that is owed to you. It must be $10,000 or less. Do not include court costs. Check **3a**, **3b**, or **3c**. If you have a written agreement, attach that contract or other document as proof of your agreement to this *Small Claims Complaint*, or explain why you cannot.

3.  Defendants owe me  $ *873H.00* and *(check one)*:
    ☒ a.  I have no written agreement with Defendants.
    ☐ b.  I have a written agreement with Defendants and it is attached.
    ☐ c.  I have a written agreement with Defendants but I have not attached it because:
    _____
    _____

In **4**, check the box if it applies.

4.  ☐  I have demanded payment of the amount listed in Section 3 and Defendants have failed to pay in full.

3:25-cv-03137-CRL-DJQ    # 8-1    Filed: 06/03/25    Page 2 of

**REVISED**  Enter the Case Number given by the Circuit Clerk: 25 SC 0292

| | |
|---|---|
| In 5, enter the reasons why Defendant owes this money to you.<br><br>If you need more space, complete the *Additional Reasons (Small Claims Complaint)* form and check the box. | **5.** Defendants owe me this amount of money because: The backlash that reverberated from Telecheck Ser Inc. who is owned by F.S.E RV Inc. Engages in conduct that is illegal flagrantilly shocking. and subverted the pre existing statutory laws. that governs the section of the banking system that covers checks that are payable on demand, bank's clearing houses. and 4D-403 (a) fairly transfers. and the denial of my legal rights and protections that the Uniform Commercial code provides. After violating and subverting these laws. Telecheck enforces their own laws that violates 3-103 (9) (i) and 3-104 (f) Check...payable on demand. and they decline my payable on demand Checks 1002, 1003 because I do not have enough credit with them. and I called the paws on the administrator at |

☑ I have attached an *Additional Reasons (Small Claims Complaint)* form.
4

| | |
|---|---|
| Under Illinois Supreme Court Rule 137, your signature means that you have read the document, that to the best of your belief, it is true and correct and that you are not filing it for an improper purpose, such as to cause delay.<br><br>If you are completing this form on a computer, sign your name by typing it. If you are completing it by hand, sign and print your name.<br><br>Enter your complete address, telephone number and email address, if you have one. | /s/ Dorothy Jean Martin     DOROTHY JEAN MARTIN<br>Your Signature                              Print Your Name<br><br>825 W. Jefferson St. Apt 410, Springfield Il 62702<br>Street Address                              City, State, ZIP<br><br>217-716-0743                              N/A<br>Telephone                                     Email Address<br><br>N/A<br>Attorney # (if any) |

**GETTING COURT DOCUMENTS BY EMAIL:** You should use an email account that you do not share with anyone else and that you check every day. If you do not check your email every day, you may miss important information, notice of court dates, or documents from other parties.

amend sos S.C .C
if make

all le pages

FILED

JUN 12 2025

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

In The United States District Court

For The Central District Of Illinois

Dorothy Jean Martin          Case NO 3:25-CV-
                             03137-CRL-DJQ
   V.S

Fiserv, Inc.

*memorandum In Support Of my motion:
Written Opposition To The motion To Dismiss.
Rule 41: Dismissal Of Actions (b)
Involuntary Dismissal

I have made a copy of Rule 41. This is written
after I had filed my motion: Written Opposition
to the motion to Dismiss. I did so because
I needed more time to grasp the severity,
of the imminent danger that Telecheck Inc.,
has placed my identification and banking
account information in.

The danger is so severe, simply because of
the type of company that Telecheck is. According
to the report from the Consumer Financial
Protection Bureaus. Telecheck Services, Inc.
assists retailers, and financial institution,
and other businesses in reducing fraud and
other risks associated with accepting payments
and opening accounts using check writing and
other checking account related information;
see Exhibit I. I have provided copies of my

page 1 of 4

checks and the counter checks from the Security Bank. Both of the checks were previously used in my Amended Small Claims complaint. This is why they are numbered as Document #1 and Document #2. I copied the checks and the decline notice from Telecheck.

In my Amended Small Claims complaint. my main focus was on the consumer credit reporting aspect of Telecheck's business. Telecheck File Report; see Doc. #4. Because I was afraid. Telecheck, had violated the Uniform Commercial Code: 4A-403(a) Fund Transfer and the FRCA: 602(a)(1)... unfair credit reporting methods. and 602(a)(4)... <u>The consumer's right to privacy</u>; see Exhibit II and 616 Civil Liability For Willful noncompliance see Doc #5. A synopsis of what Telecheck did is this. They declined my checks because I never established any credit with them. There after, Telecheck violated the 4A-403(a) Fund transfer law. Because once they knew, they were not going to send the information on my checks to my bank to be processed. <u>They had no legal right to send my banking information to their own company, Telecheck File Report.</u> Afterwards, and without my knowledge and consent. Telecheck, developed a file on me. using the banking information and the decline notice from Telecheck.

page 2 of 4 case # 3:35-cv-03137

Telecheck, specific violations under the F.C.R.A.'s

602 (a) (1) ... unfair credit reporting methods

603 (a) (4) There is a need to insure that consume
reporting agencies exercise their grave
responsibilities fairness, impartiality,
and a respect for the consumer's
Right to Privacy. See Exhibit II. They
publicized my personal and private ID
and banking information in their
consumer credit File Report; see Doc. # 8
pages 3 and 4. and everywhere their file
report is circulated; so is my once private
and personal information

616 civil Liability for Willful noncompliance.
See Doc. # 5. Telecheck, according to the C.F.P.B.
Telecheck also assist retailers, financial
institutions, and other businesses in reducing
fraud and other risks associated with accepting
payments and opening accounts using check
writing and other checking accounts related
information; see Exhibit I

Therefore how does Telecheck engage in the illegal
violations of; and the subverting of the congressional
statutes. That were passed by the federal Gover-
nment banking regulatory organizations; in my
case? Telecheck's actions in my case. are so
malicious and egregious because they deliberately and
willfully placed my ID and banking information in their
consumer credit file report. Without my knowledge and
without my consent. Knowing the imminent danger
that they were placing my information in.

Page 3 of 4 Case # 3:25-CV-03137

Because of Telecheck's willful, unparentially brazen affront and subverting of the congressional statutory laws regarding banking and their willful and deliberate exposing my banking information to the public. And placing it in imminent danger. This is why I am suing their owner FISERV Inc. For the increased maximum civil penalty of $4,367 per Violation. Since in my case there were two violations. I am suing FiSVER Inc. for 8,734.00. Please see Doc. NO. 6 at the bottom of the page; see the footnote "9" for the FTC increase amount.

Evidentiary Documents

1. amended Small Claims Complaint - 6 pages
2. C.F.P.B report on Telecheck - Exhibit I
3. copy of check 1002 and Telecheck's decline notice - Document #1
4. copy of check 1003 and Telecheck's decline notice - Document #2
5. FCRA 602 (a) (1) see Exhibit IV
   FCRA 602 (a) (4) see Exhibit IV
6. FRCA 616 Civil Liability see Doc. #5
7. FRCA increase in FTC penalty - footnote #9 at the bottom of the page Doc. NO. 6

8. Telecheck File Report see Docu #9

Dorothy Jean martin
825 W. Jefferson St
apt 410
Springfield Il 62702

Case # 3:25-cv-03137

page 4 of 4

**This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts.**
**Forms are free at ilcourts.info/forms.**

| | | |
|---|---|---|
| **STATE OF ILLINOIS, CIRCUIT COURT** *Sangamon* **COUNTY** | *Amended* **SMALL CLAIMS COMPLAINT** | For Court Use Only *FILED MAR 2025 Josef B. Reed Clerk of the Circuit Court #25* |

| | |
|---|---|
| **Instructions ▼** Directly above, enter the name of the county where you are filing the case. | **Plaintiff** *(First, middle, last name)* *Dorothy Jean Martin* |
| Enter your name as Plaintiff. | v. |
| Enter the names of all people or businesses you are suing as Defendants. | **Defendants** *(First, middle, last name or business name)*: *FISERV Inc.* |
| The Circuit Clerk will add a Case Number. | **Case Number** *25SC0282* |

**Jury Trial Request by Filing Separate Form.** If you want your case decided by a jury instead of a judge, you have to file a *Jury Request* form. Jury trials can sometimes be more complicated and an additional fee may be required.

| | |
|---|---|
| In 1, enter your name. | 1. I, *Dorothy Jean Martin* , am the Plaintiff. *First, Middle, Last* |
| In 2, enter the name and address of each Defendant. If you are suing more than 2 Defendants, use the *Additional Defendants (Small Claims Complaint)* form and attach it. | 2. Defendant's name and address is: *FISERV Inc.* *First Middle Last* *600 N. VEL R. Phillips Milwaukee WI* *Street, Unit #          City          State    ZIP* *53203* Defendant #2's name and address is: _____ *First, Middle, Last* |
| | _____ *Street, Unit #          City          State    ZIP* ☐ I have listed additional Defendants on the attached *Additional Defendants (Small Claims Complaint)* form. |
| In 3, enter the amount of money that is owed to you. It must be $10,000 or less. Do not include court costs. Check 3a, 3b, or 3c. If you have a written agreement, attach that contract or other document as proof of your agreement to this *Small Claims Complaint*, or explain why you cannot. | 3. Defendants owe me $*734.00* and *(check one)*: ☒ a. I have no written agreement with Defendants. ☐ b. I have a written agreement with Defendants and it is attached. ☐ c. I have a written agreement with Defendants but I have not attached it because: _____ _____ |
| In 4, check the box if it applies. | 4. ☐ I have demanded payment of the amount listed in Section 3 and Defendants have failed to pay in full. |

CS-C 702.4                                     Page 1 of 2                                     (06/24)

**5. Defendants owe me this amount of money because:** The backlash that rebarbated from Telecheck Ser Inc. who is owned by FISER PY Inc. Engaged in conduct that is illegal flagrantly shocking. And subverted the pre existing statutory laws. that governs the section of the banking system that covers checks that are payable on demand bank clearing houses and 4A-403 (a) Funds Transfers. And the denial of my legal rights and protections that the Uniform commercial code provides after violated and subverting those laws. Telecheck enforced their own laws that violates 3-103 (7) (B) and 3-104 (f) Check... payable on demand. and they declined my payable on demand checks 1002, 1003 because I do not have enough credit with them. And I called the police on the administrator at

☑ I have attached an *Additional Reasons (Small Claims Complaint)* form.

Under Illinois Supreme Court Rule 137, your signature means that you have read the document, that to the best of your belief, it is true and correct and that you are not filing it for an improper purpose, such as to cause delay.

If you are completing this form on a computer, sign your name by typing it. If you are completing it by hand, sign and print your name.

Enter your complete address, telephone number and email address, if you have one.

/s/ Dorothy Jean Martin    DOROTHY JEAN MARTIN
Your Signature          Print Your Name

825 W. Jefferson St Apt 418 Springfield IL 62702
Street Address          City, State, ZIP

217-716-0743          N/A
Telephone          Email Address

N/A
Attorney # (if any)

**GETTING COURT DOCUMENTS BY EMAIL:** You should use an email account that you do not share with anyone else and that you check every day. If you do not check your email every day, you may miss important information, notice of court dates, or documents from other parties.

on the Security Bank administrator.
me. Olivia Hansel, 717-541-1247. Because I
was being denied access to my money in my
checking account at Security Bank. And I believed
the lie that Cody at Telecheck was telling me.
This led to my Checking Account being closed on
march 3, 2025 This is why I am suing FISERV
Inc. who owns Telecheck. Because of all the
injurious, poignant havoc they caused in my
life. By their illegal, brazen, violation and
subversions of the uniform Commerical Codes:
3-103. maker (7)
3-103 (8) Order
3-104(f) Checks.... payable on demand and drawn
       on a bank.

Article 4A-403 (a) Funds Transfer.
Violation of the Fair credit Reporting Act, Sec "6"
616 Civil Liability For willful noncom-
pliance [15 U.S.C. 1691 n] Because my two over
the counter, payable on demand checks 1002 and
1003. From the Security Bank, which has my name
and address on them. They also have written
Pay To The order of: But Telecheck never sent
my checks to the Security Bank, nor to their ACH
clearing house to be processed. They violated the
uniform commercial Code Act article 4A-403 (a)
Funds Transfer. Instead they sent the information
          Page 3 of 6

to their own Telecheck File Report Co.; see Doc. # 8. After I called Telecheck and requested my Telecheck File Report, dated Jan. 7, 2025. Tracking NO: 00603541. I discovered that they NEVER sent the information on my payable on demand checks. To the Security Bank nor to their ACH clearing house to be processed. Instead and in violation of the Uniform commercial code: Article 4 A-403 (a) Fund Transfer, Telecheck illegally diverted that information to their own company; see Doc. # 7 pg. 2. Subsequently, because I have never applied to Telecheck for a job application; a credit card application, nor for a loan for a house or anything. my checks were declined. This is why I am suing them for the 8,734.00. For the two violations. I got that amount from the Fair credit Reporting Act 15 U.S.C 1681 S. See the footnote "9" on page 82 at the bottom, Doc # 6 On Dec. 6, 2024 at 10:30 P.M. I went to the check out register at Walmart. I gave my check # 1002, to the cashier. As stated, this is an over the counter payable on demand check. Drawn on the Security Bank. The cashier and her supervisor try to send the check through their check register. But it was declined. When I spoke to Cody at Telecheck. He said Security Bank did not give them the bank information that they needed. On Dec. 27, 2024, I went back to Walmart. Because I thought it was a mistake. And my check # 1003 was decline; see Doc. # 1 and Doc. # 2. I was shocked.

Page 4 of 4

Case No. 25 SC 00282

Because I had over a thousand dollars in my account. I am 80 years old. I have never had a check to bounce, or be returned for anything. There is no hold on my account, and I do not have a criminal record. I was totally shocked at and angry at Security Bank, Because I believed they were blocking me from my money. As stated, I called the police on the administrator. Because I believed they had refused to process my checks. The manager told me that they do not do business with Telecheck. When I spoke to a supervisor at Telecheck, Karala. She sent me a Telecheck File Report; see Doc #8. page 3 of 4. at the top of the page; look under "Responce" 3-LH: "The account or ID has not built up sufficient history in our system to support approving this transaction." Telecheck laws contradicts the Uniform commercial code statutory laws 3-104(F) Check.... payable on demand and drawn on a bank. This happened because Telecheck also violated and subverted the 4A-403 (A) Fund Transfer laws. When they diverted my checks to their own company; see Doc #9 pages 1-7. Instead of to Security Bank, or their clearing house ACH. why is Telecheck allowed to violate, subvert and deny me the legal rights that are promised

page 5 of 6

Case No: 25 SC 00282

in the statutory laws of the Uniform
Commercial Codes. Why are they allowed to
decline checks which are payable on demand?"
Because they were drawn on a bank?
These are some of the laws that they
violated and subverted: Uniform Commercial Code

~~Doc. #3 Uniform commercial 3-103 (7) (8)~~

~~Doc #4 3-104 (f) Check ..... Payable on~~
~~Demand~~

Doc #5    616 Civil liability for willful
noncompliance [15 U.S.C. 1681 n.]
Fair Credit Reporting act

Doc #6    Footnote in the Fair credit
Reporting act on page 82 see "911
It is an increase in the penalty

~~Doc #7 Securities Bank's ACH; page 2~~

Doc #8 Telecheck File Report

Doc #9 letter from Security Bank closing
my accounts

Page 4 of 6

neck Services, Inc | Consumer Financial Protection Bureau       https://www.consumerfinance.gov/consumer-tools/credit-reports-and...

*25 SC 000 282*

Check and bank account screening (cfpb.gov/consumer-tools/credit-reports-an d-scores/consumer-reporting-companies/companies-list/?categories=check-ba nk-screening)

*25-3137*

# TeleCheck Services, Inc

Assists retailers, financial institutions, and other businesses in reducing fraud and other risks associated with accepting payments and opening accounts using check writing and other checking account related information

TeleCheck is a wholly-owned subsidary of Fiserv Inc

**FILED**

MAY 1 9 2025

Contact this company to request your report

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

- This company will provide one free report every 12 months if you request it.
- Requesting copies of your own consumer reports does not hurt your credit scores (cfp b.gov/askcfpb/1229).
- For companies required to provide the information in your report for free annually upon request, they must do so within fifteen days of receiving your request.

| Website | Phone number | Mailing address |
|---|---|---|
| getassistance.telecheck.com ↗ (https://getassist ance.telecheck.com/consumer-file-report.html) | (800) 366-2425 | TeleCheck Services, Inc. Attention: Consumer Resolution Services P. O. Box 6806 Hagerstown, MD 21741-6806 |

*egal name    Exhibit I*

How to use this report

Ct. NO.  **FILED**

APR 1 6 2025

9

* 100 2   *Joseph B. Rocal*   Clerk of the Circuit Court

HECK DECLINED
#01602 OP#0J7558 TE#02 1 .36J/

AB # .452
. L .150
# 100z
ASON: 2

.S/ERROR - RETRY

E TO PROCESS YOUR CHECK
.PORTING ACT GIVES YOU
.:HAT IS IN YOUR CHECK TR
.:ILE . TELECHECK.
YOU HAVE THE RIGHT TO A FREE COPY OF YOUR
FILE I: .ELECHECK IF YO REQUEST IT WITH
IN 60 . . YOU FIND .E INFORMATION IN
.LE .:S INACCURATE, YOU HAVE RIGHT
.DISPUTE IT WITH TELECHECK. YOU CAN CONT
ACT TELECHECK AT THE PHONE NUMBER ABOVE, U
R P.O. B. .513, HOUSTON, TEXAS 77210-4513

LECHECK DID NOT MAKE THE DECISION TO TAK
AN .VERSE ACTI N AND IS UNABLE TO PROVI
DE YOU .H .PECI. C REASON(S) WHY AN ADVE
.E ACTION WAS TAKEN

← *Telecheck Decline note !*

*To see legible Telecheck decline note ; see document No: 2*



DOROTHY JEAN MARTIN
825 W JEFFERSON ST
UNIT 410
SPRINGFIELD IL 62702

70-734/2711   1002

*Keep*
*void*

PAY TO THE ORDER OF _____ | $

DOLLARS

SECURITY BANK   510 East Monroe
Springfield, Illinois 62701

FOR *VOID* ___   *VOID* ___

⑆271173452⑆  16 26 50 150⑆  1002

✗ *Document # ✗ 1*

*25 SC 272*

*ck. MC* FILED

*# 1003*

APR 16 2025

Josef B. Rosal Clerk o
Circuit C

*Telecheck*

*decline*
*note*

CHECK DECLINED
ST#01602 OP#007558 TE#05 (R#03793

ABA # *****3452
CK ACCT *****0150
CK # 1003
REASON: 2

1-800-697-9255/ERROR - RETRY

TELECHECK WAS UNABLE TO PROCESS YOUR CHECK
. THE FAIR CREDIT REPORTING ACT GIVES YOU
THE RIGHT TO KNOW WHAT IS IN YOUR CHECK TR
ANSACTIONS FILE AT TELECHECK.
YOU HAVE THE RIGHT TO A FREE COPY OF YOUR
FILE FROM TELECHECK IF YOU REQUEST IT WITH
IN 60 DAYS. IF YOU FIND THE INFORMATION IN
 THE FILE IS INACCURATE, YOU HAVE A RIGHT
TO DISPUTE IT WITH TELECHECK. YOU CAN CONT
ACT TELECHECK AT THE PHONE NUMBER ABOVE, O
R P.O. BOX 4513, HOUSTON, TEXAS 77210-4513

TELECHECK DID NOT MAKE THE DECISION TO TAK
E AN ADVERSE ACTION AND IS UNABLE TO PROVI
DE YOU WITH SPECIFIC REASON(S) WHY AN ADVE
RSE ACTION WAS TAKEN.



DOROTHY JEAN MARTIN
825 W JEFFERSON ST
UNIT 410
SPRINGFIELD IL 62702

70-7345/2711    1003

DATE

$

PAY TO THE ORDER OF

DOLLARS

SECURITY BANK    510 East Monroe
Springfield, Illinois 62701

FOR

⑆271173452⑆  162650150  1003

25 SC 242

Document # 2

*Doc. # 8   Page 109 4*

TeleCheck

January 07, 2025

*Case No 3:25-cv-03137*

IMPORTANT NOTICE:
REFER TO TRACKING NUMBER
00603541
IN ALL FUTURE CORRESPONDENCE

Dorothy Martin
825 W Jefferson St Apt 410
Springfield IL 62702

RE: Consumer Request for TeleCheck File Report

<u>SEE BACK AND/OR ADDITIONAL PAGES FOR IMPORTANT INFORMATION</u>

Dear Dorothy Martin,

As per your request please find enclosed your TeleCheck File Report.

*<u>If you have any additional questions:</u>* Please contact the Consumer Call Center at (800) 366-2425 Monday - Friday 8:00 a.m. to 5:00 p.m. ET.

<u>ALL RETURN CORRESPONDENCE MUST REFERENCE THE TRACKING NUMBER ABOVE OR COPY OF PRIOR CORRESPONDENCE RECEIVED FROM TELECHECK MUST BE INCLUDED.</u>

Sincerely,

TeleCheck
Consumer Resolution Services

Enclosure: TeleCheck File Report;Summary of Rights;List of Federal Agencies

010914V1INQ019

Page:1 of 4

3 Western Maryland Parkway. Hagerstown, MD 21740

case No 3:25-cv-03137

Dee Hug

Page 2 of 4



TeleCheck File Report
Date:   January 03, 2025

Account Holder Information:

| Name | Address | | BN1 | BN2 | DI/ID1/Other | DL/ID2/Other | SSN |
|---|---|---|---|---|---|---|---|
| Dorothy Martin | 825 W Jefferson St Apt 410, Springfield IL 62702 | | *****0150 | | | | *****8947 |

Transaction Information: These are the parties that sought acceptance advice from TeleCheck in the last 12 months

| LINE_NO | CURR_TIME | MERCHANT_NAME | BN1 | DL | ID2 | SSN | CHECK_NUM | | AMOUNT | | TCK_RESPONSE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 12/06/2024 | WAL-MART NO. 1602 | ****0150 | | | | | 1002 | $129.06 | | 3 - OTHER |
| 2 | 12/06/2024 | WAL-MART NO. 1602 | ****0150 | | | | | 1002 | $129.06 | | 3 - OTHER |
| 3 | 12/06/2024 | WAL-MART NO. 1602 | ****0150 | | | | | 1002 | $129.06 | | 3 - UV |
| 4 | 12/27/2024 | WAL-MART NO. 1602 | ****0150 | | | | | 1003 | $74.10 | | 3 - LH |
| 5 | 12/27/2024 | WAL-MART NO. 1602 | ****0150 | | | | | 1003 | $74.10 | | 3 - UV |

Additional Transaction Elements : The data in this section represents elements that TeleCheck received from Early Warning for use in evaluating some of your transactions. The Transaction Number correlates to the Transaction Section above.

Additional Transaction Elements : The data in this section represents elements that TeleCheck received from LexisNexis Risk Solutions Bureau LLC for use in evaluating some of your transactions. The Transaction Number correlates to the Transaction Section above.

Additional Inquiry Elements: The data in this section represents elements that TeleCheck provided to the merchant for inquiry transactions. The Transaction Number correlates to the Transaction Section above.

Enrollment in Merchant-Sponsored Loyalty Program: This non-debit transaction links your bank route and account numbers to your access device (e.g., plastic card, key fob, mobile app). The Transaction Number correlates to the Transaction Section above.

TRS Recovery Services inquiry

Collections Information: Please call (800) 366-1048 for general collection information and payment options.

Financial Institution Reported Data:

Linked Debt: The following debts show as being associated with your identifiers in TeleCheck's authorization database.

If you have questions or have disputes of reported data, please contact TeleCheck

*Doc #6*

*Page 30 y*



**TeleCheck File Report**
Date:   January 03, 2025

Transaction Information Legend:

Response*                                                                                              Description

3 - LH                    This account or ID has not built up sufficient history in our system to support approving this transaction.

3 - OTHER             Transaction was declined at the point of sale. Please call TeleCheck at 1-800-366-1435 for more information.

3 - UV                   There has been a high level of recent activity

Additional Transaction Elements Legend:                    *Case NO 3:25-cV-03137*

Additional Inquiry Elements Legend:

Additional Transaction Elements Lexis Nexis Legend:

** Does not include all costs of collection, and applicable tax and interest, if any

***May include a driver's license number, club membership id, email or phone number.

*Note: The contents of your TeleCheck file are based upon information that you have provided and may be limited based upon that information.*

If you have questions or have disputes of reported data, please contact TeleCheck at (800) 366-2425 Monday   Friday 8:00 a.m. to 5:00 p.m. ET or send your inquiries including your name and TeleCheck File request tracking number to:
      TeleCheck Services, Inc., Attention: Consumer Resolution Services, P.O. Box 6806, Hagerstown, MD 21740-6806

*Doc #8*



*Page 4 of 4*

TeleCheck File Report

Date:  January 03, 2025

Note: This File Report identifies entities or persons that obtained a consumer report about you from TeleCheck during the preceding 12 months.
Note: Transactions including Driver License marked with ! indicates that DL was linked through your SSN.
Note: Transactions including Bank Number (BN) marked with !! indicates that BN was linked through your DL.
Note: Transactions including Bank Number (BN) marked with ! indicates that BN was linked through your SSN.

*Case NO 3:25 - CV - 03137*

If you have questions or have disputes of reported data, please contact T...
including your name and TeleCh...

FILED
MAY 19 2025
Joseph B. Odom    34
Clerk of the
Circuit Court

## § 601.  Short title

This title may be cited as the "Fair Credit Reporting Act."

## § 602.  Congressional findings and statement of purpose [15 U.S.C. § 1681]

(a)  *Accuracy and fairness of credit reporting.* The Congress makes the
following findings:

(1)  The banking system is dependent upon fair and accurate credit
reporting. Inaccurate credit reports directly impair the efficiency of
the banking system, and unfair credit reporting methods undermine
the public confidence which is essential to the continued functioning
of the banking system.

(2)  An elaborate mechanism has been developed for investigating and
evaluating the credit worthiness, credit standing, credit capacity,
character, and general reputation of consumers.

(3)  Consumer reporting agencies have assumed a vital role in assembling
and evaluating consumer credit and other information on consumers.

(4)  There is a need to insure that consumer reporting agencies exercise
their grave responsibilities with fairness, impartiality, and a respect
for the consumer's right to privacy.

(b)  *Reasonable procedures.* It is the purpose of this title to require that
consumer reporting agencies adopt reasonable procedures for meeting the
needs of commerce for consumer credit, personnel, insurance, and other
information in a manner which is fair and equitable to the consumer, with
regard to the confidentiality, accuracy, relevancy, and proper utilization of
such information in accordance with the requirements of this title.

## § 603.  Definitions; rules of construction [15 U.S.C. § 1681a]

(a)  Definitions and rules of construction set forth in this section are applicable
for the purposes of this title.

(b)  The term "person" means any individual, partnership, corporation, trust,
estate, cooperative, association, government or governmental subdivision
or agency, or other entity.

(c)  The term "consumer" means an individual.

(d)  Consumer Report

(1)  *In general.* The term "consumer report" means any written, oral,
or other communication of any information by a consumer reporting
agency bearing on a consumer's credit worthiness, credit standing,

1

(A) *No civil actions.* Sections 616 and 617 shall not apply to any failure by any person to comply with this section.

(B) *Administrative enforcement.* This section shall be enforced exclusively under section 621 by the Federal agencies and officials identified in that section.

## § 616.   Civil liability for willful noncompliance [15 U.S.C. § 1681n]

(a) *In general.* Any person who willfully fails to comply with any requirement imposed under this title with respect to any consumer is liable to that consumer in an amount equal to the sum of

(1) (A) any actual damages sustained by the consumer as a result of the failure or damages of not less than $100 and not more than $1,000; or

(B) in the case of liability of a natural person for obtaining a consumer report under false pretenses or knowingly without a permissible purpose, actual damages sustained by the consumer as a result of the failure or $1,000, whichever is greater;

(2) such amount of punitive damages as the court may allow; and

(3) in the case of any successful action to enforce any liability under this section, the costs of the action together with reasonable attorney's fees as determined by the court.

(b) *Civil liability for knowing noncompliance.* Any person who obtains a consumer report from a consumer reporting agency under false pretenses or knowingly without a permissible purpose shall be liable to the consumer reporting agency for actual damages sustained by the consumer reporting agency or $1,000, whichever is greater.

(c) *Attorney's fees.* Upon a finding by the court that an unsuccessful pleading, motion, or other paper filed in connection with an action under this section was filed in bad faith or for purposes of harassment, the court shall award to the prevailing party attorney's fees reasonable in relation to the work expended in responding to the pleading, motion, or other paper.

(d) *Clarification of willful noncompliance.* For the purposes of this section, any person who printed an expiration date on any receipt provided to a consumer cardholder at a point of sale or transaction between December 4, 2004, and the date of the enactment of this subsection but otherwise complied with the requirements of section 605(g) for such receipt shall not

" The Fair Credit Reporting act
case NO 3:25-CV-03137

title. In such action, such person shall be liable for a civil penalty of not more than $2,500 per violation.[9]

(B) *Determining Penalty Amount.* In determining the amount of a civil penalty under subparagraph (A), the court shall take into account the degree of culpability, any history of such prior conduct, ability to pay, effect on ability to continue to do business, and such other matters as justice may require.

(C) *Limitation.* Notwithstanding paragraph (2), a court may not impose any civil penalty on a person for a violation of section 623(a)(1), unless the person has been enjoined from committing the violation, or ordered not to commit the violation, in an action or proceeding brought by or on behalf of the Federal Trade Commission, and has violated the injunction or order, and the court may not impose any civil penalty for any violation occurring before the date of the violation of the injunction or order.

(b) Enforcement by Other Agencies.

(1) *In General.* Subject to subtitle B of the Consumer Financial Protection Act of 2010, compliance with the requirements imposed under this title with respect to consumer reporting agencies, persons who use consumer reports from such agencies, persons who furnish information to such agencies, and users of information that are subject to section 615(d) shall be enforced under –

(A) section 8 of the Federal Deposit Insurance Act (12 U.S.C. 1818), by the appropriate Federal banking agency, as defined in section 3(q) of the Federal Deposit Insurance Act (12 U.S.C. 1813(q)), with respect to –

(i) any national bank or State savings association, and any Federal branch or Federal agency of a foreign bank;

(ii) any member bank of the Federal Reserve System (other than a national bank), a branch or agency of a foreign bank (other than a Federal branch, Federal agency, or insured State branch of a foreign bank), a commercial lending company owned or controlled by a foreign bank, and any organization operating under section 25 or 25A of the Federal Reserve Act; and

---

9 Pursuant to the Federal Civil Penalties Inflation Adjustment Act Improvements Act of 2015, the Federal Trade Commission increased the maximum civil penalty to $4,367 per violation. See 87 Fed. Reg. 1070 (Jan 10, 2022).

TeleCheck Services, Inc | Consumer Financial Protection Bureau

*25 SC 000 282*

Check and bank account screening (cfpb.gov/consumer-tools/credit-reports-an d-scores/consumer-reporting-companies/companies-list/?categories=check-ba nk-screening)

*25-3137*

# TeleCheck Services, Inc

Assists retailers, financial institutions, and other businesses in reducing fraud and other risks associated with accepting payments and opening accounts using check writing and other checking account related information

TeleCheck is a wholly-owned subsidiary of Fiserv Inc.

**FILED**

MAY 19 2025

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## Contact this company to request your report

- This company will provide one free report every 12 months if you request it.
- Requesting copies of your own consumer reports does not hurt your credit scores (cfp b.gov/askcfpb/1229).
- For companies required to provide the information in your report for free annually upon request, they must do so within fifteen days of receiving your request.

| Website | Phone number | Mailing address |
|---|---|---|
| getassistance.telecheck.com (https://getassist ance.telecheck.com/consumer-file-report.html) | (800) 366-2425 | TeleCheck Services, Inc. Attention: Consumer Resolution Services P. O. Box 6806 Hagerstown, MD 21741-6806 |

*Legal name* *Exhibit I*

How to use this report

*Ck, NO.* FILED

APR 1 6 2025

9

Joseph B. Recool  Clerk of the
Circuit Court

✱ 1002

← *Telecheck*
*Decline note!*

*To see legible*
*Telecheck decline*
*note; see documents*
*No: 2*

HECK DECLINED
...#01602 0P#0J7558 TE#02 1   .50/

AB # -- .45/
CK . . . .150
# 100/
ASON: 2

...../ERROR - RETRY

........   .E TO PROCESS YOUR CHECK
... FG...   ...PORTING ACT GIVES YOU
... .IBJT  . .- .4N41 IS IN YOUR CHECK IR
RMOA.IGM: FILE . TELECHECK.
YOU HAVE THE RIGHT TO A FREE COPY OF YOUR
FILE I.. .EL CHECK IF Y.. REQUEST IT WITH
IN 60 .... .) YOU FIND .E INFORMATION IN
.LE ..... IS INACCURATE, YOU HAV.. RIGHT
I. DISPUTE IT WITH TELECHECK. YOU CAN CONT
ACT TELECHECK A. THE PHONE NUMBER ABOVE, U
R P.O. B. .513, HOUSTON, TEXAS 77210-4513

LECHECK DID NOT MAKE THE DECISION TO TAK
. AN .VERSE ACTI N AND IS UNABLE TO PROVI
DE YOU .TH .PECI IC REASON(S) WHY AN ADVE.
.E ACTION WAS TAKEN



✱ *Document #* ✱ *1*

*25 SC 292*

CK. Mc **FILED**

\* *1003*    APR 1 6 2025

*Joseph B. Roeal* Clerk o
Circuit C

*Telecheck*

*declie*
*note*

CHECK DECLINED
ST#01602 OP#007558 TE#05 IR#03793

ABA # \*\*\*\*\*3452
CK ACCT \*\*\*\*\*0150
CK # 1003
REASON: 2

1-800-697-9255/ERROR - RETRY

TELECHECK WAS UNABLE TO PROCESS YOUR CHECK
. THE FAIR CREDIT REPORTING ACT GIVES YOU
THE RIGHT TO KNOW WHAT IS IN YOUR CHECK TR
ANSACTIONS FILE AT TELECHECK.
YOU HAVE THE RIGHT TO A FREE COPY OF YOUR
FILE FROM TELECHECK IF YOU REQUEST IT WITH
IN 60 DAYS. IF YOU FIND THE INFORMATION IN
 THE FILE IS INACCURATE, YOU HAVE A RIGHT
TO DISPUTE IT WITH TELECHECK. YOU CAN CONT
ACT TELECHECK AT THE PHONE NUMBER ABOVE, O
R P.O. BOX 4513, HOUSTON, TEXAS 77210-4513

TELECHECK DID NOT MAKE THE DECISION TO TAK
E AN ADVERSE ACTION AND IS UNABLE TO PROVI
DE YOU WITH SPECIFIC REASON(S) WHY AN ADVE
RSE ACTION WAS TAKEN.

**DOROTHY JEAN MARTIN**                    70-7345/2711   **1003**
825 W JEFFERSON ST
UNIT 410
SPRINGFIELD IL 62702
                                                        DATE
                                                    $
PAY TO THE ORDER OF

                                                    DOLLARS

SECURITY   510 East Monroe
BANK       Springfield, Illinois 62701                 *25 SC 282*

FOR

⑆271173452⑆   ⑈162650150⑈  1003

*Document # 2*

3:25-cv-03137-CRL-DJQ    # 10-2    Filed: 06/12/25    Page of

§ 603 – 15 U.S.C. § 1681a



### § 601. Short title

This title may be cited as the "Fair Credit Reporting Act."

### § 602. Congressional findings and statement of purpose [15 U.S.C. § 1681]



(a) *Accuracy and fairness of credit reporting.* The Congress makes the following findings:

(1) The banking system is dependent upon fair and accurate credit reporting. Inaccurate credit reports directly impair the efficiency of the banking system, and unfair credit reporting methods undermine the public confidence which is essential to the continued functioning of the banking system.

(2) An elaborate mechanism has been developed for investigating and evaluating the credit worthiness, credit standing, credit capacity, character, and general reputation of consumers.

(3) Consumer reporting agencies have assumed a vital role in assembling and evaluating consumer credit and other information on consumers.

(4) There is a need to insure that consumer reporting agencies exercise their grave responsibilities with fairness, impartiality, and a respect for the consumer's right to privacy.

(b) *Reasonable procedures.* It is the purpose of this title to require that consumer reporting agencies adopt reasonable procedures for meeting the needs of commerce for consumer credit, personnel, insurance, and other information in a manner which is fair and equitable to the consumer, with regard to the confidentiality, accuracy, relevancy, and proper utilization of such information in accordance with the requirements of this title.

### § 603. Definitions; rules of construction [15 U.S.C. § 1681a]

(a) Definitions and rules of construction set forth in this section are applicable for the purposes of this title.

(b) The term "person" means any individual, partnership, corporation, trust, estate, cooperative, association, government or governmental subdivision or agency, or other entity.

(c) The term "consumer" means an individual.

(d) Consumer Report

(1) *In general.* The term "consumer report" means any written, oral, or other communication of any information by a consumer reporting agency bearing on a consumer's credit worthiness, credit standing,

1

(A) *No civil actions.* Sections 616 and 617 shall not apply to any failure by any person to comply with this section.

(B) *Administrative enforcement.* This section shall be enforced exclusively under section 621 by the Federal agencies and officials identified in that section.

## § 616. Civil liability for willful noncompliance [15 U.S.C. § 1681n]

(a) *In general.* Any person who willfully fails to comply with any requirement imposed under this title with respect to any consumer is liable to that consumer in an amount equal to the sum of

(1) (A) any actual damages sustained by the consumer as a result of the failure or damages of not less than $100 and not more than $1,000; or

(B) in the case of liability of a natural person for obtaining a consumer report under false pretenses or knowingly without a permissible purpose, actual damages sustained by the consumer as a result of the failure or $1,000, whichever is greater;

(2) such amount of punitive damages as the court may allow; and

(3) in the case of any successful action to enforce any liability under this section, the costs of the action together with reasonable attorney's fees as determined by the court.

(b) *Civil liability for knowing noncompliance.* Any person who obtains a consumer report from a consumer reporting agency under false pretenses or knowingly without a permissible purpose shall be liable to the consumer reporting agency for actual damages sustained by the consumer reporting agency or $1,000, whichever is greater.

(c) *Attorney's fees.* Upon a finding by the court that an unsuccessful pleading, motion, or other paper filed in connection with an action under this section was filed in bad faith or for purposes of harassment, the court shall award to the prevailing party attorney's fees reasonable in relation to the work expended in responding to the pleading, motion, or other paper.

(d) *Clarification of willful noncompliance.* For the purposes of this section, any person who printed an expiration date on any receipt provided to a consumer cardholder at a point of sale or transaction between December 4, 2004, and the date of the enactment of this subsection but otherwise complied with the requirements of section 605(g) for such receipt shall not

"The Fair Credit Reporting at
case NO 3:25-CV-03137

§ 621 - 15 U.S.C. § 1681s

title. In such action, such person shall be liable for a civil penalty of not more than $2,500 per violation.[9]

(B)   *Determining Penalty Amount.* In determining the amount of a civil penalty under subparagraph (A), the court shall take into account the degree of culpability, any history of such prior conduct, ability to pay, effect on ability to continue to do business, and such other matters as justice may require.

(C)   *Limitation.* Notwithstanding paragraph (2), a court may not impose any civil penalty on a person for a violation of section 623(a)(1), unless the person has been enjoined from committing the violation, or ordered not to commit the violation, in an action or proceeding brought by or on behalf of the Federal Trade Commission, and has violated the injunction or order, and the court may not impose any civil penalty for any violation occurring before the date of the violation of the injunction or order.

(b)   Enforcement by Other Agencies.

(1)   *In General.* Subject to subtitle B of the Consumer Financial Protection Act of 2010, compliance with the requirements imposed under this title with respect to consumer reporting agencies, persons who use consumer reports from such agencies, persons who furnish information to such agencies, and users of information that are subject to section 615(d) shall be enforced under –

(A)   section 8 of the Federal Deposit Insurance Act (12 U.S.C. 1818), by the appropriate Federal banking agency, as defined in section 3(q) of the Federal Deposit Insurance Act (12 U.S.C. 1813(q)), with respect to –

(i)   any national bank or State savings association, and any Federal branch or Federal agency of a foreign bank;

(ii)   any member bank of the Federal Reserve System (other than a national bank), a branch or agency of a foreign bank (other than a Federal branch, Federal agency, or insured State branch of a foreign bank), a commercial lending company owned or controlled by a foreign bank, and any organization operating under section 25 or 25A of the Federal Reserve Act; and

---

9   Pursuant to the Federal Civil Penalties Inflation Adjustment Act Improvements Act of 2015, the Federal Trade Commission increased the maximum civil penalty to $4,367 per violation. See 87 Fed. Reg. 1070 (Jan 10, 2022).



January 07, 2025

*CASE NO 3:25-CV-03137* (handwritten)

Dorothy Martin
825 W Jefferson St Apt 410
Springfield IL 62702

> **IMPORTANT NOTICE:**
> REFER TO TRACKING NUMBER
> 00603541
> IN ALL FUTURE CORRESPONDENCE

RE: Consumer Request for TeleCheck File Report

<u>SEE BACK AND/OR ADDITIONAL PAGES FOR IMPORTANT INFORMATION</u>

Dear Dorothy Martin,

As per your request please find enclosed your TeleCheck File Report.

*If you have any additional questions:* Please contact the Consumer Call Center at (800) 366-2425 Monday - Friday 8:00 a.m. to 5:00 p.m. ET.

<u>ALL RETURN CORRESPONDENCE MUST REFERENCE THE TRACKING NUMBER ABOVE OR COPY OF PRIOR CORRESPONDENCE RECEIVED FROM TELECHECK MUST BE INCLUDED.</u>

Sincerely,

TeleCheck
Consumer Resolution Services

Enclosure: TeleCheck File Report;Summary of Rights;List of Federal Agencies

010914V1INQ019

Page:1 of 4

3 Western Maryland Parkway, Hagerstown, MD 21740

*Case NO 3:25-CV-03137*

*Doc #8*

*Page 2 of 4*



**TeleCheck File Report**

Date:  January 03, 2025

Account Holder Information:

| Name | Address | | BN1 | BN2 | DL/ID/Other | DL/ID2/Other | SSN |
|------|---------|--|-----|-----|-------------|--------------|-----|
| Dorothy Martin | 825 W Jefferson St Apt 410, Springfield IL 62702 | | ****0150 | | | | ****8947 |

Transaction Information: These are the parties that sought acceptance advice from TeleCheck in the last 12 months

| LINE_NO | CURR_TIME | MERCHANT_NAME | BN1 | DL | ID2 | SSN | CHECK_NUM | AMOUNT | TCK_RESPONSE |
|---------|-----------|---------------|-----|----|----|-----|-----------|--------|--------------|
| 1 | 12/06/2024 | WAL-MART NO. 1602 | ****0150 | | | | 1002 | $129.06 | 3 - OTHER |
| 2 | 12/06/2024 | WAL-MART NO. 1602 | ****0150 | | | | 1002 | $129.06 | 3 - OTHER |
| 3 | 12/06/2024 | WAL-MART NO. 1602 | ****0150 | | | | 1002 | $129.06 | 3 - UV |
| 4 | 12/27/2024 | WAL-MART NO. 1602 | ****0150 | | | | 1003 | $74.10 | 3 - LH |
| 5 | 12/27/2024 | WAL-MART NO. 1602 | ****0150 | | | | 1003 | $74.10 | 3 - UV |

Additional Transaction Elements : The data in this section represents elements that TeleCheck received from Early Warning for use in evaluating some of your transactions. The Transaction Number correlates to the Transaction Section above.

Additional Transaction Elements : The data in this section represents elements that TeleCheck received from LexisNexis Risk Solutions Bureau LLC for use in evaluating some of your transactions. The Transaction Number correlates to the Transaction Section above.

Additional Inquiry Elements: The data in this section represents elements that TeleCheck provided to the merchant for inquiry transactions. The Transaction Number correlates to the Transaction Section above.

Enrollment in Merchant-Sponsored Loyalty Program: This non-debit transaction links your bank route and account numbers to your access device (e.g., plastic card, key fob, mobile app). The Transaction Number correlates to the Transaction Section above.

TRS Recovery Services Inquiry

Collections Information: Please call (800) 366-1048 for general collection information and payment options.

Financial Institution Reported Data:

Linked Debt: The following debts show as being associated with your identifiers in TeleCheck's authorization database.

If you have questions or have disputes of reported data, please ...

*Dr #8*

*Page 3 of 4*

**TeleCheck**

TeleCheck File Report
Date:  January 03, 2025

Transaction Information Legend:

| Response* | | Description |
|---|---|---|
| 3 - LH | | This account or ID has not built up sufficient history in our system to support approving this transaction. |
| 3 - OTHER | | Transaction was declined at the point of sale. Please call TeleCheck at 1-800-366-1435 for more information. |
| 3 - UV | | There has been a high level of recent activity |

Additional Transaction Elements Legend:

*Case No 3:25-cv-03137*

Additional Inquiry Elements Legend:

Additional Transaction Elements Lexis Nexis Legend:

** Does not include all costs of collection, and applicable tax and interest, if any

***May include a driver's license number, club membership id, email or phone number.

Note: The contents of your TeleCheck file are based upon information that you have provided and may be limited based upon that information.

If you have questions or have disputes of reported data, please contact TeleCheck at (800) 366-2425 Monday   Friday 8:00 a.m. to 5:00 p.m. ET or send your inquiries including your name and TeleCheck File request tracking number to:
TeleCheck Services, Inc., Attention: Consumer Resolution Services, P.O. Box 6806, Hagerstown, MD 21740-6806

*Doe thy*

*Page 4 of 4*



TeleCheck File Report
Date:  January 03, 2025

Note: This File Report identifies entities or persons that obtained a consumer report about you from TeleCheck during the preceding 12 months.
Note: Transactions including Driver License marked with ! indicates that DL was linked through your SSN.
Note: Transactions including Bank Number (BN) marked with !! indicates that BN was linked through your DL.
Note: Transactions including Bank Number (BN) marked with ! indicates that BN was linked through your SSN.

*Case NO 3:25-CV-03137*

...you have questions or have disputes of reported data, please contact...
...cluding your name and TeleCheck Fil...

# HOW TO FILE & SERVE A SMALL CLAIMS COMPLAINT & SMALL CLAIMS SUMMONS

**NOTE:** If there are any words or terms used in these instructions that you do not understand, please visit Illinois Legal Aid Online at Illinoislegalaid.org/lexicon/glossary. For more information about going to court including how to fill out and file forms, call or text Illinois Court Help at 833-411-1121 or go to ilcourthelp.gov.

## What is Small Claims Court?

o Small Claims Court is a place where you can sue a person or business, if the amount you are seeking is $10,000 or less. The case may be based on an agreement or the fact that someone has harmed you or your property.

o Examples of cases that can be filed in Small Claims Court include:

- Someone physically injured you or damaged your property and refuses to pay for your loss;
- Your landlord refuses to return your security deposit;
- Someone owes you money for work you have done, but refuses to pay you; or
- You paid for work to be done, but the work was done poorly and the contractor refuses to fix it.

## What can I get in Small Claims Court?

o Small Claims judges can order a judgment only for money.

o The judge cannot require a person or business to do something or stop doing something, or to return property.

## What should I consider before filing a *Small Claims Complaint?*

o Try contacting the other person or business to solve the problem out of court. If you are successful, you save time, effort, and expense. Call or write the other party to explain your position and the settlement you want.

o Consider whether the Defendant has money, income, or property. If the Defendant does not have any money, you may not be able to collect even if the judge decides the Defendant owes you money.

## Who can file a *Small Claims Complaint?*

o Any person 18 years or older may file a *Small Claims Complaint* with or without a lawyer. People under 18 must have a lawyer.

o A corporation can also file a *Small Claims Complaint.* However, it must be represented by a lawyer.

## Does it cost to file a *Small Claims Complaint?*

o Yes. There is a fee to file *a Small Claims Complaint.*

o There are also costs related to filing and serving the *Small Claims Summons.*

o If you cannot afford to pay the filing fee, you can ask the court to file for free or at a reduced cost by filing the *Application for Waiver of Court Fees* found at ilcourts.info/forms.

## Who do I file a *Small Claims Complaint* against?

o You cannot collect money against a Defendant who is incorrectly named on the *Small Claims Complaint.*

o Decide if your lawsuit is against a person or a business.

- If it is against a **person**, use the individual's full name to the best of your knowledge.

- If it is against an **incorporated business**, use the full legal name and address of the business.

  ▪ To find the full legal name and address of an incorporated business, you can search the online database of the Illinois Secretary of State for the full legal name of the business at ilsos.gov/departments/business_services/business_searches.html

  ▪ Unincorporated businesses, sole proprietorship, or general partnerships will not appear in this database.

- If it is against an **unincorporated business, sole proprietorship** or **general partnership**, you should name the owner of the business itself as the Defendant, along with the abbreviation "d/b/a" (doing business as). For example: David D. Donald d/b/a Donald Towing.

  ▪ You can look for the name of the owner of the business on your agreement, the website for the business, signs for the business, or advertisements.

  ▪ If the unincorporated business operates under an assumed name (advertising name, such as "Action Plumbing"), you may be able to find out the name of the owner (whom you must name as the Defendant) by consulting the county clerk or local municipality.

## Where do I file my *Small Claims Complaint?*

o Generally, you must file in the county where the Defendant lives or where the events of the case happened. For example, where the accident occurred, or where the contract was signed.

o   A business may be sued in any county where it does business or has an office. You can find out their locations by visiting the business's website or calling them.

o   Once you figure out what county to file in, you should file your case with the clerk of the circuit court in that county.

o   Filing your claim in the wrong county may result in the judge dismissing your case or transferring it to the correct courthouse. If you are not sure which county is right, talk to a lawyer.

### What forms do I need?

o   *Small Claims Complaint*: This form asks the court for a money judgment and gives information needed to begin the case. The email address (if you have one) and mailing address you put on the *Small Claims Complaint* is where important legal documents will be sent to you. You should use an email account that you do not share with anyone else and that you check every day. If you do not check your email every day, you may miss important information, notice of court dates, or documents from other parties.

o   *Small Claims Summons*: This form tells each Defendant that you are asking the court for a money judgment.

o   *Letter to Sheriff*: You should use this form when suing a Defendant located outside of the county where you file your *Small Claims Complaint* or outside of Illinois.

o   *Application for Waiver of Court Fees*: You only need this form if you cannot pay the filing fee (see immediately below). You file the *Application for Waiver of Court Fees* to ask the court to file for free or at a reduced cost.

### Where can I find the forms I need?

o   You can find the forms at ilcourts.info/forms.

### How do I fill out my *Small Claims Complaint*?

o   At the top of the *Small Claims Complaint,* write your name as the Plaintiff. Write the name of the person or business you are suing as the Defendant.

o   The *Small Claims Complaint* must include the correct legal name, address, and phone number of the Defendant. If you sue an incorporated business, you must use its legal name. This may be different from the name you know it by.

o   In paragraph 5 of the *Small Claims Complaint*, write the facts that explain why the Defendant owes you money. You must also include the amount of money you are asking for (must be $10,000 or less). You do not need to include court costs. The judge may award court costs to the party that wins.

o   At the bottom of the *Small Claims Complaint,* you must sign it.

o   If the *Small Claims Complaint* is based upon a written document of any kind (like a lease or contract), you must attach a copy of it to the *Small Claims Complaint*. The copy must be readable. If you do not have a copy of it, you must explain why it is not available in the *Small Claims Complaint*.

### How do I fill out my *Small Claims Summons*?

o   **If you are suing an individual:**

   •   If you are suing more than 1 Defendant, complete a separate *Small Claims Summons* for each Defendant.

   •   You must fill out the top of the *Small Claims Summons* the same way you filled it out on your *Small Claims Complaint*. You will also need the address of the Defendant.

   •   The *Small Claims Summons* must include your contact information and the address where the Defendant can be served with the *Small Claims Summons*.

   •   Ask the Circuit Clerk for the court date, time, and location (including courtroom, phone, or video conference information) and enter that date in Section 3.

   •   Ask the Circuit Clerk for the phone number and website for their office to list in Section 3.

   •   To find the phone number for your Circuit Clerk, visit ilcourts.info/CircuitClerks.

   •   You will need to decide how to serve the Defendant. You can have the Circuit Clerk send the *Small Claims Summons* and *Small Claims Complaint* by certified mail. Or, you can have the Sheriff or a special process server serve the Defendant.

o   **If you are suing a business:**

   •   *First*, find out if it is incorporated. Do this by going to the Illinois Secretary of State's website at

      ilsos.gov/departments/business_services/business_searches.html If you find the business in the database, look for the full legal name of the business.

   •   The business may also have a Registered Agent. A Registered Agent is a person or company who agrees to accept legal papers for an Illinois business. If a business has a Registered Agent, you must serve the Registered Agent.

   •   Put the name of the business and the name of the Registered Agent, if any, on the *Small Claims Summons* below "Defendant's address and service information."

**Find Illinois Supreme Court approved forms at:** ilcourts.info/forms.

SC-I 1802.4                                    Page 2 of 6                                    (06/24)

COURT DOCKET - SANGAMON COUNTY CIRCUIT COURT

3:25-cv-03137-CRL-DJQ   #8-1   Filed: 06/03/25   Page 34 of 35

Date: 5/19/2025
P1    CSP048
Time: 9/22/44
Page:   1

Tort - Money Damages ($2,500.0

2025 SC 000282   Judge: UNASSIGNED JUDGE     From  0/00/0000 To 99/99/9999
User: WENDYJ
Wsid: CICE15

```
     Case Names_____     Attorney Names_____
     MARTIN DOROTHY J            Pro Se
                  VS                                              All Entries For Case
     FISERV INC.                 HOELTING DANIEL J
```

__Date__

2/03/2025  Tort - Money Damages($2,500.01 - $10K) Fee Waived  Amt $8734.00
           Plaintiff MARTIN DOROTHY J  Defendant FISERV INC.

2/03/2025  Clerk of Court Act Fee Waiver Pending on a fee of $276.00
           Judge UNASSIGNED JUDGE

2/03/2025  Complaint Amt $8734.00  Filed  Plaintiff MARTIN DOROTHY J

2/03/2025  Application for Waiver of Court Fees Filed  Plaintiff MARTIN DOROTHY J

2/03/2025  Proposed Orders Printed Feb 04,2025 Printed for Judge's Review
           Judge PERRIN CHRIS

2/04/2025  Fee Waiver Petition Approved Feb 04,2025 Plaintiff MARTIN DOROTHY J
           Document APPPA Was Printed

2/04/2025  Order: Application For Waiver of Filing Fees Allowed Feb 04,2025 Signed
           Judge PERRIN CHRIS

2/28/2025  Summons - Issued Defendant FISERV INC.
           First Appearance Mar 24,2025 09:00AM Rm5C

3/03/2025  Certificate of Mailing Mar 03,2025
           Document COM Not Printed

3/20/2025  Motion Filed  Plaintiff MARTIN DOROTHY J

3/24/2025  Present Plaintiff MARTIN DOROTHY J

3/24/2025  Motion Granted to File Amended Complaint

3/24/2025  Continued for Proof of Service or Re-service

3/24/2025  Amended Complaint Amt $8734.00  Filed  Plaintiff MARTIN DOROTHY J

4/17/2025  Certification of Exemption From E-Filing Apr 16,2025 Filed
           Plaintiff MARTIN DOROTHY J

4/17/2025  Exhibit Filed  Plaintiff MARTIN DOROTHY J

4/17/2025  Alias Summons Issued Defendant FISERV INC.
           First Appearance May 19,2025 09:00AM Rm5C

5/07/2025  Exhibit 3 Filed  Plaintiff MARTIN DOROTHY J

5/07/2025  Alias Summons Corporate Service Apr 23,2025 09:10AM
           Defendant FISERV INC.
           Andrew Schumacher- Agent
           First Appearance May 19,2025 09:00AM Rm5C

*Exhibit VII*
*Page 1 of 2*
*Case No:*

C O N T I N U E D   O N   N E X T   P A G E

COURT DOCKET - SANGAMON COUNTY CIRCUIT COURT
3:25-cv-03137-CRL-DJQ    # 10-2    Filed: 06/12/25    Date: 54907255
Tort - Money Damages ($2,500.0
2    CSP048
Time:  9/22/44
Page:    2

2025 SC 000282   Judge: UNASSIGNED JUDGE     From  0/00/0000 To 99/99/9999
User: WENDYJ

__Date__

5/14/2025 Entry of Appearance Appearance Defendant FISERV INC.

5/14/2025 Notice of Filing Filed  Defendant FISERV INC.  Atty HOELTING DANIEL J

5/14/2025 Appearance Fee $201.00  Defendant FISERV INC.

5/19/2025 Exhibit IV Filed  Plaintiff MARTIN DOROTHY J

5/19/2025 Exhibit V Filed  Plaintiff MARTIN DOROTHY J

*Exhibit VII page 7 of 7*
*Case No: 3:25-cv-03137-CRL-DJQ*

E-FILED
Monday, 18 August, 2025  11:08:08 AM
Clerk, U.S. District Court, ILCD

Revisions to Docs
#10

E-FILED
Friday, 13 June, 2025 11:10:10 AM
Clerk, U.S. District Court, ILCD

FILED
JUN 12 2025
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

In The United States District Court
For The Central District Of Illinois

Dorothy Jean Martin          Case NO 3:25-CV-
                              03137-CRL-DJQ
        V.S
    FISERV, Inc.

Memorandum In Support of my motion:
Written Opposition To The motion To Dismiss.
Rule 41: Dismissal Of Actions (b)
Involuntary Dismissal
I have made a copy of Rule 41. This is written
after I had filed my motion: Written Opposition
to the motion to Dismiss. I did so because
I needed more time to grasp the severity,
of the imminent danger that Telecheck Inc.,
has placed my identification and banking
account information in.

The danger is so severe, simply because of
the type of company that Telecheck is. According
to the report from the Consumer Financial
protection Bureaus. Telecheck Services, Inc.
assists retailers, and financial institution,
and other businesses in reducing fraud and
other risks associated with accepting payments
and opening accounts using check writing and
other checking account related information;
see Exhibit I. I have provided copies of my

page 1 of 5

3:25-cv-03137-CRL-DJQ # 10    Filed 06/12/25    Page 2 of 5

checks 1002, and 1003. They were over the counter checks from the Security Bank. Both of the checks were previously used in my Amended Small claims complaint. This is why they are numbered as Document #1 and Document #2. I copied the checks and the decline notice from Telecheck.

In my Amended Small Claims complaint, my main focus was on the consumer credit reporting aspect of Telecheck's business, Telecheck File Report; see Doc. #8. Because I was afraid Telecheck, had Violated the Uniform Commercial Code: 4A-403(a) Fund Transfer and the FRCA: 602 (a)(1)... unfair credit reporting methods. and 602 (a)(4)... The consumer's right to privacy; see Exhibit II and 616 Civil Liability For Willful noncompliance see Doc #5. A synopsis of what Telecheck did is this. They declined my checks because I never established any credit with them. There after, Telecheck Violated the 4A-403(a) Fund transfer law. Because once they knew, they were not going to send the information on my Checks to my bank to be processed. They had no legal right to send my banking information to their own company, Telecheck File Report. Afterwards, and without my knowledge and consent, Telecheck, developed a file on me. Using the banking information and the decline notice from Telecheck.

Telecheck, they violated the 1 F R A of

602 (a) (1) ... unfair credit reporting methods

602 (a) (4) There is a need to insure that consumer reporting agencies exercise their grave responsibilities fairness, impartiality, and a respect for the consumer's Right to Privacy, see Exhibit II. They publicized my personal and private ID and banking information in their consumer credit File Report; see Doc. # 8 pages 3 and 4. and every where their file report is circulated; so is my once private and personal information

616  civil Liability for Willful noncompliance. See Doc. # 5. Telecheck, according to the CFPB. Telecheck also assist retailers, financial institutions, and other businesses in reducing fraud and other risks associated with accepting payments and opening accounts using check writing and other checking accounts related information; see Exhibit I

Therefore how does Telecheck engage in the illegal violations of; and the subverting of the Congressional statutes. That were passed by the federal government banking regulatory organizations; in my case? Telecheck's actions in my case. are so malicious and egregious because they deliberately and willfully placed my ID and banking information in their consumer credit file report. Without my knowledge and without my consent. Knowing the imminent danger that they were placing my information in.

page 3 of 5; case # 3:25-CV-03137

Because of Telecheck's willful, brazen affront and the subverting of the congressional statutory laws regarding the Uniform Commercial Code: Fund Transfer. Which regulates the information encoded on the checks and other documents that are sent to banks and clearing houses for processing. and Telecheck's malicious, willful and illegal exposing my identification and banking information to the public. Knowing that placing it in Telecheck's File Report. And exposing it to the public. Is placing my personal records in imminent danger of being stolen. This is why I am suing them for 8,734.00 for both violations. Please see document NO. 6 at the bottom of the page: footnote "9" for the FTC increased amounts. I have added another evidentiary document that was omitted previously. It is 4A-403 (b) Exhibit II.

Evidentiary Documents

1. amended Small Claims complaint - 6 pages only
2. C.F.P.B report on Telecheck: Exhibit I
3. copy of check 1002 and Telecheck's notice, Doc. 1
4. copy of check 1003 and Telecheck's notice, Doc. 2
5. F.C.R.A 602. (a) (1) see Exhibit II
   F.C.R.A 602. (a) (1) see Exhibit IV

6. Federal Credit Reporting Act 616: Civil Liability For Willful non-compliance Doc. # 5

7. Federal credit Reporting Act: Increase in Federal Trade Commission penalty - see footnote nine (9) at the bottom of the page

8. Telecheck File Report - see Doc # 8 it has four pages

9. <u>Added</u> evidentiary document: Exhibit II 4A-403(b) Payment By Sender to Receiving Bank

Dorothy Jean Martin
825 W. Jefferson St
apt 410
Springfield Il 62702